# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 16. Circuit Rule 27-3 Certificate for Emergency Motion

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form16instructions.pdf

**9th Cir. Case Number(s)** 25-3098

**Case Name** In re Telescopes Antitrust

I certify the following:

The relief I request in the emergency motion that accompanies this certificate is:

A protective Order ending threats, harassment, unauthorized appellate subpoenas, and the release of social security numbers.

Relief is needed no later than *(date)*: as soon as practicable.

The following will happen if relief is not granted within the requested time:

Class counsel will continue to issue unauthorized subpoenas to gain information about appellant, continue to threaten, intimidate, and demand the appellant drop his appeal, and release private information about the appellant. This appeal could be delayed further due to the inability of appellants to communicate because Class Counsel is demanding copies all of their communications including appeal preparation discussions which has chilled the ability to pursue this case.

I could not have filed this motion earlier because:

The original demands and threats about this appeal standing alone did not warrant a motion. The unauthorized subpoenas escalated this past few days when counsel began disclosing Appellant's SSN and DOB and other information in the d.c., and make it appear they will continue to harass me until I dismiss this appeal.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

I requested this relief in the district court or other lower court: ☐ Yes  ☉ No

If not, why not:

> Subpoenas are issued by the court in which the case is pending, which is this court. Fed.R.Cv.P. 45(a)(2). The subpoenas relate to appeal. No Cv. Rule 27(b) motion exists that would give d.c. jurisdiction. The threats and demands relate to appeal. Rule 45(d) would need be at D.PR and D.Mass.

I notified 9th Circuit court staff via voicemail or email about the filing of this motion: ☐ Yes  ☉ No

If not, why not:

> I have filed the motion by ACMS as a Circuit Rule 27-3 motion.

I have notified all counsel and any unrepresented party of the filing of this motion:

On *(date)*: 7/20/2025

By *(method)*: email

Position of other parties: unknown

Name and best contact information for each counsel/party notified:

> Class counsel is on ACMS.
> Michael Sussman  mike.sussman@pm.me
> Karla Luna  k.luna@wvwoodlands.com
> Elman Barnes  elmanmethod@theachievementcoaches.com

I declare under penalty of perjury that the foregoing is true.

**Signature** Pat Zhen          **Date** 7/20/2025

*(use "s/[typed name]" to sign electronically-filed documents)*

Feedback or questions about this form? Email us at forms@ca9.uscourts.gov

Form 16                    2                    Rev. 11/21/2019