# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 14. Motion for Extension of Time

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form14instructions.pdf

**9th Cir. Case Number(s)** 25-3098

**Case Name** In re Telescopes Antitrust

**Requesting Party Name(s)** Pat Zhen

**I am:** ● The party requesting the extension.
○ Counsel for the party or parties requesting the extension.

I request an extension of time to file a:

- ☐ Brief (*you **must** also complete the Declaration on page 3*)
- ☐ Motion to proceed in forma pauperis
- ☐ Motion for a certificate of appealability
- ☒ Response/opposition to a pending motion
- ☐ Reply to a response/opposition to a pending motion
- ☐ Certified Administrative Record
- ☐ Response to court order dated
- ☐ Other (*you **must** describe the document*)

The requested new due date is: September 28, 2025

I request the extension of time because (**cannot be left blank**):
*(attach additional pages if necessary)*

The motion actually requests a decision on the merits as to Appellant's standing in both the district court and to take an appeal. As a question of first impression, it asks this court to dismiss the appeals of three individuals because it alleges that one of them does not have standing.
Movant conferred with Appellant Sussman via Telegram chat and he suggests the time be extended for all appellants.

**Signature** /s/ Pat Zhen     **Date** 9/11/2025

(use "s/[typed name]" to sign electronically-filed documents)

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*