| | | |
|---|---|---|
| UNITED STATES COURT OF APPEALS | | **FILED** |
| FOR THE NINTH CIRCUIT | | SEP 16 2025 |
| | | MOLLY C. DWYER, CLERK |
| | | U.S. COURT OF APPEALS |

MADELINE BEKIELEWSKI; et al.,

    Plaintiffs - Appellees,

PAT ZHEN; et al.,

    Objectors - Appellants,

  v.

SYNTA TECHNOLOGY CORP.; et al.,

    Defendants - Appellees.

No. 25-3098

D.C. No. 5:20-cv-03639-EJD
Northern District of California, San Jose

ORDER

The motion (Docket Entry No. 28) for an extension of time to file a response to the motion dismiss is granted. The response to the motion to dismiss is due September 29, 2025.

The motion (Docket Entry No. 24) for an extension of time to file the opening brief is denied as unnecessary.

Briefing is suspended. *See* 9th Cir. R. 27-11.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT