UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MADELINE BEKIELEWSKI, et al., <br><br> Plaintiffs - Appellees, <br><br> PAT ZHEN, et al., <br><br> Objectors - Appellants, <br><br> v. <br><br> SYNTA TECHNOLOGY CORP., et al., <br><br> Defendants - Appellees. | No. 25-3098 <br><br> D.C. No. 5:20-cv-03639-EJD <br> Northern District of California, <br> San Jose <br><br> **PLAINTIFFS-APPELLEES' MOTION FOR APPROPRIATE RELIEF** |

Counsel for Plaintiffs-Appellees respectfully move the Court for an order dismissing John Goerger as a party in the above-captioned appeal. Plaintiffs-Appellees believe Mr. Goerger is deceased. *See* Notice of Death (Docket Entry No. 44). Plaintiffs-Appellees have been unable to locate any potential personal representative(s) for Mr. Goerger. Another Indirect Purchaser Plaintiff who purchased at least one telescope in Arizona, Scott Plummer, remains a representative of the settlement class and a party to the above-captioned appeal.

Under Rule 21, "[o]n motion or on its own, the court may at any time, on just terms, add or drop a party." Fed. R. Civ. P. 21. The policies informing Rule 21 apply equally to Courts of Appeals, which may dismiss a party on its own without remanding the case to district court. *Newman-Green, Inc. v. Alfonzo-Larrain*, 490 U.S. 826, 832–33 (1989). Plaintiffs-Appellees respectfully request that Mr. Goerger be dismissed as a party in the above-captioned appeal.

February 11, 2026　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　*/s/ Lin Y. Chan*
　　　　　　　　　　　　　　　　　　Eric B. Fastiff (SBN 182260)
　　　　　　　　　　　　　　　　　　Lin Y. Chan (SBN 255027)
　　　　　　　　　　　　　　　　　　**LIEFF CABRASER HEIMANN &**
　　　　　　　　　　　　　　　　　　**BERNSTEIN LLP**
　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　San Francisco, California 94111
　　　　　　　　　　　　　　　　　　Telephone: (415) 956-1000
　　　　　　　　　　　　　　　　　　Facsimile: (415) 956-1008
　　　　　　　　　　　　　　　　　　efastiff@lchb.com
　　　　　　　　　　　　　　　　　　lchan@lchb.com


　　　　　　　　　　　　　　　　　　*/s/ Adam J. Zapala*
　　　　　　　　　　　　　　　　　　Adam J. Zapala (SBN 245748)
　　　　　　　　　　　　　　　　　　Elizabeth T. Castillo (SBN 280502)
　　　　　　　　　　　　　　　　　　Christian S. Ruano (SBN 352012)
　　　　　　　　　　　　　　　　　　**COTCHETT, PITRE &**
　　　　　　　　　　　　　　　　　　**McCARTHY, LLP**
　　　　　　　　　　　　　　　　　　840 Malcolm Road
　　　　　　　　　　　　　　　　　　Burlingame, California 94010
　　　　　　　　　　　　　　　　　　Telephone: (650) 697-6000
　　　　　　　　　　　　　　　　　　Facsimile: (650) 697-0577
　　　　　　　　　　　　　　　　　　azapala@cpmlegal.com
　　　　　　　　　　　　　　　　　　ecastillo@cpmlegal.com
　　　　　　　　　　　　　　　　　　cruano@cpmlegal.com

-3-

        /s/ Kalpana Srinivasan
Kalpana Srinivasan (Bar No. 237460)
Marc M. Seltzer (Bar No. 54534)
Steven Sklaver (Bar No. 237612)
Michael Gervais (Bar No. 330731)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: 310-789-3100
ksrinivasan@susmangodfrey.com
mseltzer@susmangodfrey.com
ssklaver@susmangodfrey.com
mgervais@susmangodfrey.com

Alejandra C. Salinas (pro hac vice)
Texas SBN 24102452
**SUSMAN GODFREY LLP**
1000 Louisiana Street, Suite 5100
Houston, Texas 77002
Telephone: (713) 651-9366
Facsimile: (713) 654-6666
asalinas@susmangodfrey.com

*Counsel for Plaintiffs-Appellees and the Indirect Purchaser Plaintiff Settlement Class*