Nos. 25-3098

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE NINTH CIRCUIT

IN RE: TELESCOPES
ANTITRUST LITIGATION

ZHEN, et al.,
*Objectors-Appellants*,

v.

INDIRECT PURCHASER PLAINTIFFS,
*Plaintiffs-Appellees,*

v.

SYNTA TECHNOLOGY CORP., ET AL.,
*Defendants-Appellees*.

Appeal from the United States District Court
for the Northern District of California, San Jose Division
Hon. Edward J. Davila
D.C. No. 5:20-cv-03639–EJD

## EXCERPTS OF RECORD
### VOLUME 6 OF 7

Lin Y. Chan (SBN 255027)
**LIEFF CABRASER HEIMANN &
BERNSTEIN LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111
Telephone: (415) 956-1000
lchan@lchb.com

Kalpana Srinivasan (SBN 237460)
**SUSMAN GODFREY LLP**
1900 Avenue of the Stars, Ste. 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
ksrinivasan@susmangodfrey.com

Adam J. Zapala (SBN 245748)
**COTCHETT, PITRE &**
**McCARTHY LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
azapala@cpmlegal.com

*Settlement Class Counsel for Indirect Purchaser Plaintiffs-Appellees*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

IN RE: TELESCOPES ANTITRUST ) No. 5:20-cv-03639-EJD
LITIGATION        )

### <u>AMENDED NOTICE OF APPEAL</u>

   WHEREAS, on or about June 23, 2025, the United States District Court for the Northern District of California entered a *void ab initio* amended judgment, without jurisdiction,[1] so therefore, the undersigned hereby appeal[2] from the purported amended judgment (Entry 426), the Order (Entry 419) and original judgment (Entry 420) entered on April 11, 2025, to the United States Court of Appeals for the Ninth Circuit.

Respectfully submitted,

/s/ *Mike Sussman*
Mike Sussman
23200 Camino del Mar #502
Boca Raton, FL  33433
mike.sussman@pm.me
*/s/ Pat Zhen*
Pat Zhen
PO Box 366047
San Juan PR  00936
legal@patzhen.com
787-547-5010

---

[1] As a general matter, the filing of a notice of appeal "confers jurisdiction  on the court of appeals and divests the district court of its control over those aspects of the  case involved in the appeal." *Griggs v. Provident Consumer Discount Co.,* 459 U.S. 56, 58 (1982) . It is not "tolerable" to have "a district court and a court of appeals . . . simultaneously analyzing the same judgment," id. at 59, i.e., to have "situations . . . in which district courts and courts of appeals would both have  . . . the power to modify the same judgment," id. at 59-60.

[2] Appellants cannot file a motion for reconsideration of the *void* Order because jurisdiction rests solely with the United States Court of Appeals.

**6-ER-1040**



FILED

MAY 05 2025

CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: TELESCOPES ANTITRUST      ) No. 5:20-cv-03639-EJD
LITIGATION                       )
                                 )

## NOTICE OF APPEAL

The undersigned hereby appeal from the Order (Entry 419) and Judgment (Entry 420) entered on April 11, 2025, to the United States Court of Appeals for the Ninth Circuit.

/// /// ///

/// /// ///

/// /// ///

Respectfully submitted,

**6-ER-1041**

--------------------

Pat Zhen
PO Box 366047
San Juan PR  00936
legal@patzhen.com
(787) 523-8040

April 17 2025

Karla Luna
℅ National Woodlands.
110 James Street
Hinton WV  25951

Elman Barnes
401 21st St STE R
Sacramento, CA 95811
elmanmethod@theachievementcoaches.com

Mike Sussman
23200 Camino del Mar #503    4/19/25
Boca Raton, FL  33433
mike.sussman@pm.me





# UNITED STATES POSTAL SERVICE®

## PRIORITY MAIL EXPRESS®



# FLAT RATE ENVELOPE

ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

# GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

**6-ER-1047**





**UNITED STATES POSTAL SERVICE**® | **PRIORITY MAIL EXPRESS**®



**EMS**

# FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup,
scan the QR code.



USPS.COM/PICKUP

## VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE



PS10001000006

EP13F October 2023
OD: 12 1/2 x 9 1/2

## GUARANTEED* ▪ TRACKED ▪ INSURED

For Domestic shipments, the maximum weight is 70 lbs. For international shipments, the maximum weight is 20 lbs.

**6-ER-1049**

ADRMOP,APPEAL,CONSOL,E−ProSe,RELATE

# U.S. District Court
## California Northern District (San Jose)
### CIVIL DOCKET FOR CASE #: 5:20−cv−03639−EJD

Hightower v. Celestron Acquisition, LLC et al
Assigned to: Judge Edward J. Davila
Referred to: Magistrate Judge Virginia K. DeMarchi
Relate Case Case:  5:20−cv−03642−EJD
Case in other court:  USCA, **25−03098**
Cause: 15:1 Antitrust Litigation

Date Filed: 06/01/2020
Date Terminated: 04/11/2025
Jury Demand: Plaintiff
Nature of Suit: 410 Anti−Trust
Jurisdiction: Federal Question

**Plaintiff**

**Daniel Hightower**
*TERMINATED: 12/05/2022*

represented by **Matthew Brooks Borden**
BraunHagey & Borden LLP
747 Front Street, 4th Floor
San Francisco, CA 94111
(415) 599−0210
Fax: (415) 276−1808
Email: borden@braunhagey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Athul K. Acharya**
Public Accountability
1622 NE Couch St
Portland, or 97232
503−383−9492
Email: acharya@braunhagey.com
*TERMINATED: 06/28/2021*

**Jonas Noah Hagey**
BraunHagey & Borden
747 Front Street, 4th Floor
San Francisco, CA 94111
(415) 599−0210
Email: hagey@braunhagey.com
*ATTORNEY TO BE NOTICED*

**Ronald James Fisher**
Sideman & Bancroft, LLP
One Embarcadero Center
22nd Floor
San Francisco, CA 94111
415−930−2172
Email: rfisher@sideman.com
*TERMINATED: 08/04/2025*

**Plaintiff**

**Sigurd Murphy**

represented by **Adam J. Zapala**
Cotchett Pitre & McCarthy LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
(650) 697−6000
Fax: (650) 697−0577
Email: azapala@cpmlegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth T. Castillo**
Cotchett, Pitre and McCarthy
840 Malcolm Road

6-ER-1050

Suite 200
Burlingame, CA 94010
650−697−6000
Fax: 650−697−6340
Email: ecastillo@cpmlegal.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Keith Uehara**                    represented by **Adam J. Zapala**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth T. Castillo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Sara Day Brewer**                 represented by **Kalpana Srinivasan**
Susman Godfrey L.L.P.
1900 Avenue of The Stars
Ste 14th Floor
Los Angeles, CA 90067
310−789−3100
Fax: 310−789−3150
Email: ksrinivasan@susmangodfrey.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Kay Boardman**
Susman Godfrey L.L.P.
One Manhattan West
50th Fl.
New York, NY 10001
212−223−6444
Email: tboardman@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Michael Gervais**
Susman Godfrey L.L.P.
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067−6029
(310) 789−3130
Fax: (310) 789−3150
Email: mgervais@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thien Ngo**                       represented by **Kalpana Srinivasan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Thomas Kay Boardman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Gervais**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

6-ER-1051

**Norman Goldblatt**
*TERMINATED: 12/05/2022*

represented by **Lin Yee Chan**
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111−3339
415−956−1000
Fax: 415−956−1008
Email: lchan@lchb.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**James Kaufman**
*TERMINATED: 12/05/2022*

represented by **Aaron M. Sheanin**
Robins Kaplan LLP
555 Twin Dolphin Drive
Suite 310
Redwood City, CA 94065
650−784−4040
Email: aaron.sheanin@usdoj.gov
*TERMINATED: 12/21/2022*
*LEAD ATTORNEY*

**Kellie Lerner**
Shinder Cantor Lerner LLP
14 Penn Plaza
Ste 19th Floor
New York, NY 10122
646−960−8601
Fax: 646−960−8625
Email: kellie@scl−llp.com
*TERMINATED: 12/21/2022*

**Plaintiff**

**Austin Griffith**

represented by **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Timothy McQuaid**

represented by **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Price**

represented by **Lin Yee Chan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Deborah Lemar**

represented by **Lin Yee Chan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Vincent Catanzaro**

represented by **Lin Yee Chan**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Brian Murphy**

represented by **Lin Yee Chan**
(See above for address)

**6-ER-1052**

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Dick**                    represented by  **Lin Yee Chan**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Philip Moore**                  represented by  **Lin Yee Chan**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Robert Welsh**                  represented by  **Lin Yee Chan**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Herbert Nelson**                represented by  **Lin Yee Chan**
                                                 (See above for address)
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jim Riley**                     represented by  **Dennis Stewart**
                                                 Gustafson Gluek PLLC
                                                 600 W. Broadway
                                                 Suite 3300
                                                 San Diego, CA 92101
                                                 612−333−8844
                                                 Fax: 612−339−6622
                                                 Email: dstewart@gustafsongluek.com
                                                 *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Indirect Purchaser Plaintiffs** represented by  **Christian Santiago Ruano**
                                                 Cotchett Pitre & McCarthy LLP
                                                 840 Malcolm Rd Ste 200
                                                 Suite 200
                                                 Burlingame, CA 94010
                                                 650−697−6000
                                                 Email: cruano@cpmlegal.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **Elizabeth T. Castillo**
                                                 (See above for address)
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

                                                 **James Gerard Beebe Dallal**
                                                 Cotchett Pitre & McCarthy, LLP
                                                 840 Malcolm Road, Suite 200
                                                 Burlingame, CA 94010
                                                 (650) 697−6000
                                                 Fax: (650) 697−0577
                                                 Email: jdallal@cpmlegal.com
                                                 *TERMINATED: 11/04/2024*
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*

**6-ER-1053**

**Alejandra C Salinas**
Susman Godfrey LLP
1000 Louisiana St
Suite 5100
Houston, TX 77002
United Sta
713−653−7802
Email: asalinas@susmangodfrey.com
*ATTORNEY TO BE NOTICED*

**C. Peyton Humphreville**
Planned Parenthood Federation of America
123 William Street
New York, NY 10038
212−965−7000
Email: peyton.humphreville@ppfa.org
*TERMINATED: 06/09/2022*
*ATTORNEY TO BE NOTICED*

**Devin X. Williams**
Motley Rice LLC
401 9th St NW
Suite 630
Washington, DC 20004
202−386−9628
Fax: 415−956−1008
Email: dwilliams@motleyrice.com
*ATTORNEY TO BE NOTICED*

**Jon Bernhard Fougner**
Freshfields US LLP
855 Main Street
Redwood City, CA 94063
650−461−8267
Email: jon@fougnerlaw.com
*TERMINATED: 10/31/2022*

**Kalpana Srinivasan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michelle J. Looby**
Gustafson Gluek PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
(612) 333−8844
Email: mlooby@gustafsongluek.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Reid Wilson Wayman Gaa**
Girard Sharp LLP
601 California Street
Ste #1400
San Francisco, CA 94108
415−544−6426
Email: rgaa@girardsharp.com
*TERMINATED: 02/24/2022*

**6-ER-1054**

**Richard John Friedl , Jr**
Susman Godfrey LLP
4110 Fairmount St Apt 2149
Dallas, TX 75219
972−965−6678
Email: rfriedl@susmangodfrey.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Adam J. Zapala**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Goerger**                              represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Scott Plummer**                             represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Donnie Houston**                            represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ronald Troillett**                          represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Arthur Sines**                              represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jessie Smith**                              represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Richard Bekielewski**                       represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Bentaro Huset**                             represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Jason Glydewell**                           represented by    **Lin Yee Chan**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**6-ER-1055**

**Leon Greenberg**                          represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Anthony Di Mambro**                       represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Steven Zellers**                          represented by  **John G Emerson**
                                            Emerson Firm, PLLC
                                            2500 Wilcrest Drive
                                            Suite 300
                                            Houston, TX 77042
                                            800−551−8649
                                            Email: jemerson@emersonfirm.com
                                            *ATTORNEY TO BE NOTICED*

                                            **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Michael Liskow**                          represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Doug Lundy**                              represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**John Maurice**                            represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Kerber**                            represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Thomas Berta**                            represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**Greg Ross**                               represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**David Quaglietta**                        represented by  **Lin Yee Chan**
                                            (See above for address)
                                            *ATTORNEY TO BE NOTICED*

**Plaintiff**

**6-ER-1056**

**Direct Purchaser Plaintiffs**              represented by  **Matthew Brooks Borden**
                                                            (See above for address)
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ellis Herington**
                                                            BraunHagey & Borden LLP
                                                            747 Front Street, 4th Floor
                                                            4th Floor
                                                            94111
                                                            San Francisco, CA 94111
                                                            646−600−9152
                                                            Email: herington@braunhagey.com
                                                            *TERMINATED: 08/04/2025*

                                                            **Ronald James Fisher**
                                                            (See above for address)
                                                            *TERMINATED: 08/04/2025*

V.

**Defendant**

**Celestron Acquisition, LLC**              represented by  **Christopher Lynn Frost**
                                                            Frost LLP
                                                            10960 Wilshire Blvd
                                                            Suite 2100
                                                            Los Angeles, CA 90024
                                                            424−254−0441
                                                            Email: chris@frostllp.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Amber Henry**
                                                            Roll Law Group
                                                            11444 W. Olympic Boulevard
                                                            Los Angeles, CA 90064
                                                            310−966−8400
                                                            Email: amber.henry@roll.com
                                                            *TERMINATED: 05/31/2022*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Amy Rose Cole**
                                                            Eisner, LLP
                                                            9601 Wilshire Blvd.
                                                            7th Floor
                                                            Beverly Hills, CA 90210
                                                            United Sta
                                                            310−855−3200
                                                            Fax: 310−855−3201
                                                            Email: rcole@eisnerlaw.com
                                                            *TERMINATED: 04/08/2022*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Ashlee Nicole Lin**
                                                            Frost LLP
                                                            Litigation
                                                            10960 Wilshire Blvd
                                                            Suite 2100
                                                            Los Angeles, CA 90024
                                                            424−254−0441
                                                            Email: alin@frostllp.com
                                                            *TERMINATED: 05/31/2022*
                                                            *ATTORNEY TO BE NOTICED*

**Ashley Morris**
Litchfield Cavo LLP
385 E. Colorado Blvd
Ste 250
Pasadena, CA 91101
626−683−5080
Fax: 626−683−1113
Email: morris@litchfieldcavo.com
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
CDF Labor Law LLP
707 Wilshire Blvd, Ste 5150
90017
Los Angeles, CA 90017
213−612−6300
Email: csingh@cdflaborlaw.com
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
Frost LLP
10960 Wilshire Blvd
Suite 2100
Los Angeles, CA 90024
424−254−0441
Email: john@frostllp.com
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
Weinberg Gonser
1100 Glendon Ave. PH−9
Los Angeles, CA 90024
310−498−0233
Email: jordan@wgcounsel.com
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
Frost LLP
10960 Wilshire Blvd
Suite 2100
Los Angeles, CA 90024
424−254−0441
Email: josh@frostllp.com
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
Frost LLP
10960 Wilshire Blvd., Suite 2100
Los Angeles, CA 90024
424−254−0441
Fax: 424−600−8054
Email: lawrence@frostllp.com
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
Weinberg Gonser Frost, LLP
10866 Wilshire Blvd, Ste 1650
Los Angeles, CA 90024
570−466−2887
Email: ryank@wgfcounsel.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
WEINBERG GONSER LLP

**6-ER-1058**

10866 Wilshire Blvd.
Suite 1650
Los Angeles, CA 90024
424−239−2850
Fax: 424−238−3060
Email: shahrokh@wgcounsel.com
*ATTORNEY TO BE NOTICED*

**Shauna Amber Izadi**
Izadi Legal Group PLLC
13155 Noel Road, Suite 900
Dallas, TX 75240
469−583−8293
Email: sizadi@izadilegal.com
*ATTORNEY TO BE NOTICED*

**Simon Joel Kasha Miller**
Raines Feldman, LLP
1350 Avenue of the Americas
Ste 22nd Floor
New York, NY 10019
917−790−7105
Email: smiller@raineslaw.com
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
Constangy, Brooks, Smith & Prophete, LLP
2029 Century Park East
Ste 1100
Los Angeles, CA 90067
310−909−7775
Fax: 424−276−7410
Email: wcai@constangy.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Synta Canada Int'l Enterprises Ltd.**          represented by   **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**6-ER-1059**

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

Sky−Watcher USA                    represented by    **Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Defendant**

Sky−Watcher Canada                 represented by    **Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Defendant**

SW Technology Corporation          represented by    **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Amy Rose Cole**
(See above for address)
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**

**6-ER-1060**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Simon Joel Kasha Miller**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Olivon Manufacturing Co., Ltd.**     represented by  **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**6-ER-1061**

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Olivon USA, LLC**                    represented by **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**

6-ER-1062

(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Corey Lee**                    represented by    **Christopher Lynn Frost**
*Co−Conspirator*                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Amber Henry**
                                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Amy Rose Cole**
                                                   (See above for address)
                                                   *TERMINATED: 04/08/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Ashlee Nicole Lin**
                                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Simon Joel Kasha Miller**
                                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Sylvia Shen**                  represented by    **Amber Henry**
*Co−Conspirator*                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Ashlee Nicole Lin**
                                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Christopher Lynn Frost**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

**Jean Shen**                    represented by    **Amber Henry**
*Co−Conspirator*                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Ashlee Nicole Lin**
                                                   (See above for address)
                                                   *TERMINATED: 05/31/2022*
                                                   *ATTORNEY TO BE NOTICED*

                                                   **Christopher Lynn Frost**
                                                   (See above for address)
                                                   *ATTORNEY TO BE NOTICED*

**6-ER-1063**

**Defendant**

**Joseph Lupica**                    represented by    **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Amy Rose Cole**
(See above for address)
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Krista Nicole Lupica**
Attorney at Law
P.O. Box 5969
La Quinta, CA 92248
(760) 777−2553
Fax: (760) 772−5934
Email: kristalupica@yahoo.com
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Simon Joel Kasha Miller**

**6-ER-1064**

(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Dave Anderson**                     represented by     **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Amy Rose Cole**
(See above for address)
*TERMINATED: 04/08/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Simon Joel Kasha Miller**
(See above for address)

**6-ER-1065**

*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laurence Huen**                               represented by   **Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Christopher Lynn Frost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Synta Technology Corp. of Taiwan**            represented by   **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)

**6-ER-1066**

*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Suzhou Synta Optical Technology Co. Ltd.** | represented by | **Christopher Lynn Frost**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**6-ER-1067**

**Defendant**

**Nantong Schmidt Opto−Electrical Technology Co. Ltd.**　　represented by　**Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pacific Telescope Corp.**　　represented by　**Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**6-ER-1068**

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Shen**                    represented by    **Christopher Lynn Frost**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Ryan Klembecki**
(See above for address)
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Weixuan Cai**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ningbo Sunny Electronic Co. Ltd.**

**Defendant**

represented by

**6-ER-1069**

| | | |
|---|---|---|
| **Nantong Schmidt Opto Electrical Technology Co., Ltd.** | | **Amber Henry** (See above for address) *TERMINATED: 05/31/2022* *ATTORNEY TO BE NOTICED* |

**Ashley Morris**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Charanjit Singh**
(See above for address)
*TERMINATED: 08/04/2025*

**Christopher Lynn Frost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**John Desmond Maatta , Jr.**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jordan Matthews**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Joshua Stewart Stambaugh**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lawrence J.H. Liu**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Shahrokh Sheik**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Jack Chen**
*Co−Conspirator*

represented by **Amber Henry**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Ashlee Nicole Lin**
(See above for address)
*TERMINATED: 05/31/2022*
*ATTORNEY TO BE NOTICED*

**Christopher Lynn Frost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Laurence Huen**
*Co−Conspirator*

represented by **Christopher Lynn Frost**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Sunny Optical Technology Co., Ltd.**
*Co−Conspirator*

**Defendant**

**6-ER-1070**

**Sunny Optics, Inc.**
*Co−Conspirator*

**Defendant**
**Meade Instruments Corp.**
*Co−Conspirator*

**Defendant**
**Wenjun Ni**
*Co−Conspirator*

**Defendant**
**Wang Wenjian**
*Co−Conspirator*

**Objector**

| | | |
|---|---|---|
| **Jason Steele** | represented by | **Matthew Brooks Borden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew Levine**<br>BraunHagey & Borden LLP<br>747 Front Street, 4th Floor<br>San Francisco, CA 94111<br>415−599−0210<br>Email: levine@braunhagey.com<br>*ATTORNEY TO BE NOTICED* |
| | | **Yekaterina Kushnir**<br>BraunHagey & Borden LLP<br>747 Front Street<br>4th Floor<br>San Francisco, CA 94111<br>415−599−0214<br>Email: kushnir@braunhagey.com<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Pioneer Cycling & Fitness LLP** | represented by | **Matthew Brooks Borden**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Andrew Levine**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |
| | | **Yekaterina Kushnir**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Objector**

| | | |
|---|---|---|
| **Pat Z Zhen** | represented by | **Pat Z Zhen**<br>Box 366047<br>San Juan, PR 00936<br>787−547−5010<br>Email: legal@patzhen.com<br>PRO SE |

**Objector**

6-ER-1071

**Karla Luna**                            represented by   **Karla Luna**
                                                          c/o National Woodlands
                                                          110 James Street
                                                          Beckley, WV 25801
                                                          304−910−1223
                                                          Email: k.luna@wvwoodlands.com
                                                          PRO SE

**Objector**

**Elman Barnes**                          represented by   **Elman Barnes**
                                                          1235 Bleury
                                                          Ste C/O Chouinard
                                                          Montreal
                                                          Canada
                                                          916−234−0780
                                                          Email: elmanmethod@theachievementcoaches.com
                                                          PRO SE

**Objector**

**Mike Sussman**                          represented by   **Mike Sussman**
                                                          23200 Camino del Mar
                                                          Suite 502
                                                          Boca Raton, FL 33433
                                                          786−737−3836
                                                          Email: mike.sussman@pm.me
                                                          PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 06/01/2020 | 1 | COMPLAINT against All Defendants ( Filing fee $ 400, receipt number 0971−14526364.). Filed byDaniel Hightower. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Civil Cover Sheet)(Borden, Matthew) (Filed on 6/1/2020) (Entered: 06/01/2020) |
| 06/01/2020 | 2 | Proposed Summons. (Borden, Matthew) (Filed on 6/1/2020) (Entered: 06/01/2020) |
| 06/01/2020 | 3 | Case assigned to Magistrate Judge Virginia K. DeMarchi.<br><br>Counsel for plaintiff or the removing party is responsible for serving the Complaint or Notice of Removal, Summons and the assigned judge's standing orders and all other new case documents upon the opposing parties. For information, visit *E−Filing A New Civil Case* at http://cand.uscourts.gov/ecf/caseopening.<br><br>Standing orders can be downloaded from the court's web page at www.cand.uscourts.gov/judges. Upon receipt, the summons will be issued and returned electronically. Counsel is required to send chambers a copy of the initiating documents pursuant to L.R. 5−1(e)(7). A scheduling order will be sent by Notice of Electronic Filing (NEF) within two business days. Consent/Declination due by 6/15/2020. (mbcS, COURT STAFF) (Filed on 6/1/2020) (Entered: 06/01/2020) |
| 06/01/2020 | 4 | **Initial Case Management Scheduling Order with ADR Deadlines: Case Management Statement due by 8/25/2020. Initial Case Management Conference set for 9/1/2020 01:30 PM in San Jose, Courtroom 2, 5th Floor. (dhmS, COURT STAFF) (Filed on 6/1/2020) (Entered: 06/02/2020)** |
| 06/02/2020 | 5 | Summons Issued as to Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Olivon Manufacturing Co., Ltd., Olivon USA, LLC, SW TECHNOLOGY CORPORATION, Jean Shen, Sylvia Shen, Sky−Watcher Canada, Sky−Watcher USA, Synta Canada Int'l Enterprises Ltd.. (dhmS, COURT STAFF) (Filed on 6/2/2020) (Entered: 06/02/2020) |

**6-ER-1072**

| 06/15/2020 | 6 | CONSENT/DECLINATION to Proceed Before a US Magistrate Judge by Daniel Hightower.. (Borden, Matthew) (Filed on 6/15/2020) (Entered: 06/15/2020) |
|---|---|---|
| 06/16/2020 | 7 | CLERK'S NOTICE OF IMPENDING REASSIGNMENT TO A U.S. DISTRICT COURT JUDGE: The Clerk of this Court will now randomly reassign this case to a District Judge because either (1) a party has not consented to the jurisdiction of a Magistrate Judge, or (2) time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured. You will be informed by separate notice of the district judge to whom this case is reassigned.<br><br>ALL HEARING DATES PRESENTLY SCHEDULED BEFORE THE CURRENT MAGISTRATE JUDGE ARE VACATED AND SHOULD BE RE−NOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THIS CASE IS REASSIGNED.<br><br>*This is a text only docket entry; there is no document associated with this notice.* (pmcS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/16/2020) |
| 06/16/2020 | 8 | **ORDER REASSIGNING CASE. Case reassigned using a proportionate, random, and blind system pursuant to General Order No. 44 to Judge Edward J. Davila for all further proceedings. Notice: The assigned judge participates in the Cameras in the Courtroom Pilot Project. See General Order No. 65 and http://cand.uscourts.gov/cameras. Magistrate Judge Virginia K. DeMarchi Remains as referral judge assigned to case. Reassignment Order signed by Clerk on 6/16/2020. (Attachments: # 1 Notice of Eligibility for Video Recording)(bwS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/16/2020)** |
| 06/16/2020 | 9 | (Text Only) CLERKS NOTICE RESETTING CASE MANAGEMENT CONFERENCE FOLLOWING REASSIGNMENT. Joint Case Management Statement due by 8/24/2020. Initial Case Management Conference set for 9/3/2020 10:00 AM in San Jose, Courtroom 4, 5th Floor before Hon. Edward J. Davila. The Court does not issue a revised Initial Case Management Scheduling Order with ADR Deadlines. Standing orders can be downloaded from the court's web page at http://cand.uscourts.gov/ejdorders. *This is a text only docket entry, there is no document associated with this notice.* (amkS, COURT STAFF) (Filed on 6/16/2020) (Entered: 06/16/2020) |
| 06/18/2020 | 10 | MOTION to Relate Case filed by Daniel Hightower. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Borden, Matthew) (Filed on 6/18/2020) (Entered: 06/18/2020) |
| 06/19/2020 | 11 | Proposed Order re 10 MOTION to Relate Case by Daniel Hightower. (Borden, Matthew) (Filed on 6/19/2020) (Entered: 06/19/2020) |
| 06/19/2020 | 12 | OPPOSITION/RESPONSE (re 10 MOTION to Relate Case ) filed byCelestron Acquisition, LLC. (Frost, Christopher) (Filed on 6/19/2020) (Entered: 06/19/2020) |
| 06/30/2020 | 13 | Certificate of Interested Entities by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation identifying Other Affiliate Synta Technology Corporation of Taiwan, Other Affiliate Synta Canada International Enterprises Limited for SW Technology Corporation. (Frost, Christopher) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 06/30/2020 | 14 | Corporate Disclosure Statement by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation identifying Other Affiliate Synta Technology Corporation of Taiwan, Other Affiliate Synta Canada International Enterprises Limited for SW Technology Corporation. (Frost, Christopher) (Filed on 6/30/2020) (Entered: 06/30/2020) |
| 06/30/2020 | 15 | MOTION to Dismiss *Lawsuit Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. Motion Hearing set for 8/13/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 7/14/2020. Replies due by 7/21/2020. (Attachments: # 1 Request for Judicial Notice, # 2 Exhibit 1 to Request for Judicial Notice, # 3 Exhibit 2 to Request for Judicial Notice)(Frost, Christopher) (Filed on 6/30/2020) (Entered: 06/30/2020) |

**6-ER-1073**

| 06/30/2020 | 16 | MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) to the Central District of California* filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. Motion Hearing set for 8/13/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 7/14/2020. Replies due by 7/21/2020. (Attachments: # 1 Declaration of Corey Lee in Support of Motion to Transfer, # 2 Proposed Order)(Frost, Christopher) (Filed on 6/30/2020) (Entered: 06/30/2020) |
|---|---|---|
| 06/30/2020 | 17 | **Order granting 10 Motion to Relate Case. Signed by Judge Edward J. Davila on 6/30/2020.(ejdlc1S, COURT STAFF) (Filed on 6/30/2020) (Entered: 06/30/2020)** |
| 07/09/2020 | 18 | WAIVER OF SERVICE Returned Executed filed by Daniel Hightower. Service waived by Joseph Lupica waiver sent on 6/11/2020, answer due 8/10/2020. (Fisher, Ronald) (Filed on 7/9/2020) (Entered: 07/09/2020) |
| 07/09/2020 | 19 | WAIVER OF SERVICE Returned Executed filed by Daniel Hightower. Service waived by Dave Anderson waiver sent on 6/11/2020, answer due 8/10/2020. (Fisher, Ronald) (Filed on 7/9/2020) (Entered: 07/09/2020) |
| 07/09/2020 | 20 | WAIVER OF SERVICE Returned Executed filed by Daniel Hightower. Service waived by Corey Lee waiver sent on 6/11/2020, answer due 8/10/2020. (Fisher, Ronald) (Filed on 7/9/2020) (Entered: 07/09/2020) |
| 07/09/2020 | 21 | SUMMONS Returned Executed by Daniel Hightower. Celestron Acquisition, LLC served on 6/9/2020, answer due 6/30/2020. (Borden, Matthew) (Filed on 7/9/2020) (Entered: 07/09/2020) |
| 07/14/2020 | 22 | MOTION to Intervene *and File Oppositions to: (1) Motion of Defendants Celestron Acquisition, LLC, SW Technology Corp., Corey Lee, David Anderson, and Joseph Lupica to Transfer Venue Pursuant To 28 U.S.C. § 1404(a) to the Central District of California; and (2) Motion of Defendants Celestron Acquisition, LLC, SW Technology Corp., Corey Lee, Dave Anderson, and Joseph Lupica to Dismiss Lawsuit Pursuant to Fed. R. Civ. P. 12(b)(6)* filed by Sigurd Murphy, Keith Uehara. Motion Hearing set for 8/13/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 7/28/2020. Replies due by 8/4/2020. (Castillo, Elizabeth) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/14/2020 | 23 | OPPOSITION/RESPONSE (re 15 MOTION to Dismiss *Lawsuit Pursuant to Fed. R. Civ. P. 12(b)(6)* ) *and Notice of Intent to Amend the Complaint as a Matter of Course* filed byDaniel Hightower. (Borden, Matthew) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/14/2020 | 24 | OPPOSITION/RESPONSE (re 16 MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) to the Central District of California* ) filed byDaniel Hightower. (Attachments: # 1 Declaration of Matthew Borden, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Borden, Matthew) (Filed on 7/14/2020) (Entered: 07/14/2020) |
| 07/15/2020 | 25 | CLERK'S NOTICE CONTINUING HEARINGS. Please take NOTICE that the Motions hearings scheduled for 8/13/2020 are HEREBY CONTINUED to 8/20/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. This notice is applicable to cases: 5:20−cv−03639−EJD, 5:20−cv−03642−EJD, and 5:20−cv−04049−EJD for Motions to Dismiss, to Transfer and Intervene. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amkS, COURT STAFF) (Filed on 7/15/2020) (Entered: 07/15/2020) |
| 07/20/2020 | 26 | MOTION to Relate Case filed by Sara Day Brewer, Thien Ngo. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Proposed Order)(Srinivasan, Kalpana) (Filed on 7/20/2020) (Entered: 07/20/2020) |
| 07/21/2020 | 27 | REPLY (re 16 MOTION to Transfer Case *Pursuant to 28 U.S.C. § 1404(a) to the Central District of California* ) filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Frost, Christopher) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/21/2020 | 28 | MOTION to Relate Case filed by Norman Goldblatt. (Attachments: # 1 Declaration of Lin Y. Chan In Support of Admnistrative Motion, # 2 Proposed Order Granting Administrative Motion)(Chan, Lin) (Filed on 7/21/2020) (Entered: 07/21/2020) |

| | | |
|---|---|---|
| 07/21/2020 | 29 | MOTION to Consolidate Cases filed by Sigurd Murphy, Keith Uehara. Motion Hearing set for 10/15/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 8/4/2020. Replies due by 8/11/2020. (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit A, # 3 Proposed Order)(Zapala, Adam) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/21/2020 | 30 | *** PLEASE SEE *** 38 MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Sigurd Murphy, Keith Uehara. Motion Hearing set for 10/15/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 8/4/2020. Replies due by 8/11/2020. (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit A, # 3 Proposed Order)(Zapala, Adam) (Filed on 7/21/2020) Modified on 7/31/2020 (cv, COURT STAFF). (Entered: 07/21/2020) |
| 07/21/2020 | 31 | AMENDED COMPLAINT against All Defendants. Filed byDaniel Hightower. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18)(Borden, Matthew) (Filed on 7/21/2020) (Entered: 07/21/2020) |
| 07/23/2020 | 32 | CERTIFICATE OF SERVICE by Sigurd Murphy, Keith Uehara re 30 MOTION to Appoint Lead Plaintiff and Lead Counsel (Zapala, Adam) (Filed on 7/23/2020) (Entered: 07/23/2020) |
| 07/28/2020 | 33 | OPPOSITION/RESPONSE (re 22 MOTION to Intervene *and File Oppositions to: (1) Motion of Defendants Celestron Acquisition, LLC, SW Technology Corp., Corey Lee, David Anderson, and Joseph Lupica to Transfer Venue Pursuant To 28 U.S.C. § 1404(a) to the Central District of Ca )* filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Henry, Amber) (Filed on 7/28/2020) (Entered: 07/28/2020) |
| 07/28/2020 | 34 | NOTICE of Appearance by Ashlee Nicole Lin (Lin, Ashlee) (Filed on 7/28/2020) (Entered: 07/28/2020) |
| 07/28/2020 | 35 | NOTICE of Appearance by Amy Rose Cole (Cole, Amy Rose) (Filed on 7/28/2020) (Entered: 07/28/2020) |
| 07/29/2020 | 36 | **Order Granting 26 Motion to Relate Case. Signed by Judge Edward J. Davila on 7/29/2020. (ejdlc1S, COURT STAFF) (Filed on 7/29/2020) (Entered: 07/29/2020)** |
| 07/29/2020 | 37 | **Order Granting 28 Motion to Relate Case. Signed by Judge Edward J. Davila on 7/29/2020. (ejdlc1S, COURT STAFF) (Filed on 7/29/2020) (Entered: 07/29/2020)** |
| 07/31/2020 | 38 | Amended MOTION to Appoint Lead Plaintiff and Lead Counsel filed by Sigurd Murphy, Keith Uehara. Motion Hearing set for 10/15/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 8/14/2020. Replies due by 8/21/2020. (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit A − Zapala Decl., # 3 Declaration of Kalpana Srinivasan, # 4 Exhibit A − Srinivasan Decl., # 5 Exhibit B − Srinivasan Decl., # 6 Exhibit C − Srinivasan Decl., # 7 Exhibit D − Srinivasan Decl., # 8 Exhibit E − Srinivasan Decl., # 9 Declaration of Lin Y. Chan, # 10 Exhibit A − Chan Decl., # 11 Proposed Order)(Zapala, Adam) (Filed on 7/31/2020) (Entered: 07/31/2020) |
| 08/04/2020 | 39 | MOTION to Dismiss *First Amended Complaint* filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. Motion Hearing set for 10/22/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 8/18/2020. Replies due by 8/25/2020. (Attachments: # 1 Request for Judicial Notice, # 2 Exhibit 1, # 3 Exhibit 2)(Lin, Ashlee) (Filed on 8/4/2020) (Entered: 08/04/2020) |
| 08/04/2020 | 40 | Statement of Non−Opposition re 29 MOTION to Consolidate Cases filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Related document(s) 29 ) (Lin, Ashlee) (Filed on 8/4/2020) (Entered: 08/04/2020) |
| 08/04/2020 | 41 | Statement of Non−Opposition re 22 MOTION to Intervene *and File Oppositions to: (1) Motion of Defendants Celestron Acquisition, LLC, SW Technology Corp., Corey Lee, David Anderson, and Joseph Lupica to Transfer Venue Pursuant To 28 U.S.C. §* |

**6-ER-1075**

| | | |
|---|---|---|
| | | *1404(a) to the Central District of Ca filed bySigurd Murphy, Keith Uehara. (Related document(s) 22 ) (Zapala, Adam) (Filed on 8/4/2020) (Entered: 08/04/2020)* |
| 08/04/2020 | 42 | ADMINISTRATIVE MOTION *To Consider Whether Cases Should Be Related* filed by James Kaufman. Responses due by 8/10/2020. (Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Proposed Order)(Sheanin, Aaron) (Filed on 8/4/2020) (Entered: 08/04/2020) |
| 08/04/2020 | 43 | RESPONSE re 41 Statement of Non−Opposition, by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Lin, Ashlee) (Filed on 8/4/2020) (Entered: 08/04/2020) |
| 08/05/2020 | 44 | OPPOSITION/RESPONSE (re 38 Amended MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Lin, Ashlee) (Filed on 8/5/2020) (Entered: 08/05/2020) |
| 08/07/2020 | 45 | ADMINISTRATIVE MOTION to Consider Whether Cases Should be Related filed by Austin Griffith, Timothy McQuaid. Responses due by 8/11/2020. (Attachments: # 1 Declaration of Lin Y. Chan, # 2 Proposed Order)(Chan, Lin) (Filed on 8/7/2020) Modified text on 8/10/2020 (typographical error) (cv, COURT STAFF). (Entered: 08/07/2020) |
| 08/10/2020 | 46 | **Order Granting 42 Administrative Motion to Relate Case. Signed by Judge Edward J. Davila on 8/10/2020. (ejdlc1, COURT STAFF) (Filed on 8/10/2020) (Entered: 08/10/2020)** |
| 08/11/2020 | 47 | REPLY (re 38 Amended MOTION to Appoint Lead Plaintiff and Lead Counsel ) filed bySigurd Murphy, Keith Uehara. (Zapala, Adam) (Filed on 8/11/2020) (Entered: 08/11/2020) |
| 08/11/2020 | 48 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Fisher, Ronald) (Filed on 8/11/2020) (Entered: 08/11/2020) |
| 08/12/2020 | 49 | **Order Granting 45 Administrative Motion to Relate Case. Signed by Judge Edward J. Davila on 8/12/2020. (ejdlc1, COURT STAFF) (Filed on 8/12/2020) (Entered: 08/12/2020)** |
| 08/12/2020 | 50 | (Text Only) CLERKS NOTICE TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT. The Motions to Dismiss, Transfer and Intervene(Docket Item Nos. 15 , 16 and 22 ) and for Case 5:20−cv−03642−EJD (Docket Item Nos. 13 and 14 ) and Case 5:20−cv−04049−EJD (Docket Item No. 13 ) before Judge Edward J. Davila previously noticed for 8/20/2020 at 9:00 AM have been taken under submission without oral argument pursuant to Civ. L.R. 7−1(b). The 8/20/2020 hearing is VACATED NO APPEARANCE NECESSARY. The Court to issue further Order on the submitted motions. **This is a text only docket entry, there is no document associated with this notice.** (amkS, COURT STAFF) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/12/2020 | 51 | MOTION to Appoint Lead Plaintiff and Lead Counsel *ROBINS KAPLAN LLP AS INTERIM LEAD OR CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; OPPOSITION TO AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASER HEIMANN & BERNSTEIN, LLP; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT* filed by James Kaufman. Motion Hearing set for 10/15/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 8/26/2020. Replies due by 9/2/2020. (Attachments: # 1 Declaration, # 2 Exhibit, # 3 Proposed Order)(Sheanin, Aaron) (Filed on 8/12/2020) (Entered: 08/12/2020) |
| 08/13/2020 | 52 | STIPULATION WITH PROPOSED ORDER re 39 MOTION to Dismiss *First Amended Complaint* filed by Daniel Hightower. (Borden, Matthew) (Filed on 8/13/2020) (Entered: 08/13/2020) |
| 08/14/2020 | 53 | **Order Granting 52 Stipulation Modifying Briefing Schedule For Motion to Dismiss First Amended Complaint. Signed by Judge Edward J. Davila on 8/14/2020. (ejdlc1, COURT STAFF) (Filed on 8/14/2020) (Entered: 08/14/2020)** |

| 08/14/2020 | | ***Set/Reset Deadlines per ECF 53 Order: as to (39 in 5:20−cv−03639−EJD) MOTION to Dismiss *First Amended Complaint*, (35 in 5:20−cv−03642−EJD) MOTION to Dismiss *First Amended Complaint*. Responses due by 9/17/2020. Replies due by 10/1/2020. (amkS, COURT STAFF) (Filed on 8/14/2020) (Entered: 08/14/2020) |
|---|---|---|
| 08/14/2020 | 54 | STIPULATION WITH PROPOSED ORDER *REGARDING CONSOLIDATION AND CASE MANAGEMENT* filed by Sigurd Murphy, Keith Uehara. (Zapala, Adam) (Filed on 8/14/2020) (Entered: 08/14/2020) |
| 08/17/2020 | 55 | **ORDER GRANTING (29) Motion to Consolidate Cases in case 5:20−cv−03639−EJD; GRANTING (31) Motion to Consolidate Cases in case 5:20−cv−03642−EJD; GRANTING (15) Motion to Consolidate Cases in case 5:20−cv−04049−EJD; GRANTING (8) Motion to Consolidate Cases in case 5:20−cv−04823−EJD; GRANTING (8) Motion to Consolidate Cases in case 5:20−cv−04860−EJD.6. The docket in Civil Action No. 20−3639 will constitute the master docket, and the file in that action will be the master file for every action that has been consolidated. Signed by Judge Edward J. Davila on 8/17/2020. (ejdlc1, COURT STAFF) (Filed on 8/17/2020) Modified text on 8/17/2020 (cv, COURT STAFF). (Entered: 08/17/2020)** |
| 08/17/2020 | 56 | **ORDER GRANTING STIPULATION RE CONSOLIDATION AND CASE MANAGEMENT (54) in case 5:20−cv−03639−EJD; GRANTING (30) Stipulation in case 5:20−cv−04049−EJD; GRANTING (23) Stipulation in case 5:20−cv−04860−EJD; GRANTING (17) Stipulation in case 5:20−cv−05285−EJD; GRANTING (10) Stipulation in case 5:20−cv−05400−EJD. Signed by Judge Edward J. Davila on 8/17/2020. (ejdlc1, COURT STAFF) (Filed on 8/17/2020) (Entered: 08/17/2020)** |
| 08/18/2020 | 57 | WAIVER OF SERVICE Returned Executed filed by Austin Griffith. Service waived by Celestron Acquisition, LLC waiver sent on 8/12/2020, answer due 10/13/2020. (Chan, Lin) (Filed on 8/18/2020) (Entered: 08/18/2020) |
| 08/18/2020 | 58 | WAIVER OF SERVICE Returned Executed filed by Austin Griffith. Service waived by SW Technology Corporation waiver sent on 8/12/2020, answer due 10/13/2020. (Chan, Lin) (Filed on 8/18/2020) (Entered: 08/18/2020) |
| 08/18/2020 | 59 | WAIVER OF SERVICE Returned Executed filed by Norman Goldblatt. *Service waived by Celestron Acquisition, LLC waiver sent on 8/12/2020, answer due 10/13/2020* (Chan, Lin) (Filed on 8/18/2020) (Entered: 08/18/2020) |
| 08/18/2020 | 60 | WAIVER OF SERVICE Returned Executed filed by Norman Goldblatt. *Service waived by SW Technology Corporation waiver sent on 8/12/2020, answer due 10/13/2020* (Chan, Lin) (Filed on 8/18/2020) (Entered: 08/18/2020) |
| 08/19/2020 | 61 | WAIVER OF SERVICE Returned Executed filed by Sara Day Brewer, Thien Ngo. Service waived by Celestron Acquisition, LLC waiver sent on 7/17/2020, answer due 9/15/2020. (Gervais, Michael) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 62 | WAIVER OF SERVICE Returned Executed filed by Sara Day Brewer, Thien Ngo. Service waived by SW Technology Corporation waiver sent on 7/17/2020, answer due 9/15/2020. (Gervais, Michael) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 63 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Norman Goldblatt* (Chan, Lin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 64 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Austin Griffith* (Chan, Lin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/19/2020 | 65 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Timothy McQuaid* (Chan, Lin) (Filed on 8/19/2020) (Entered: 08/19/2020) |
| 08/24/2020 | 66 | JOINT CASE MANAGEMENT STATEMENT filed by James Kaufman. (Sheanin, Aaron) (Filed on 8/24/2020) (Entered: 08/24/2020) |
| 08/26/2020 | 67 | Statement of Non−Opposition re 51 MOTION to Appoint Lead Plaintiff and Lead Counsel *ROBINS KAPLAN LLP AS INTERIM LEAD OR CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; OPPOSITION TO AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND* |

**6-ER-1077**

| | | |
|---|---|---|
| | | *LIEFF CABRASE filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Related document(s) 51 ) (Lin, Ashlee) (Filed on 8/26/2020) (Entered: 08/26/2020)* |
| 08/26/2020 | 68 | OPPOSITION/RESPONSE (re 51 MOTION to Appoint Lead Plaintiff and Lead Counsel *ROBINS KAPLAN LLP AS INTERIM LEAD OR CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; OPPOSITION TO AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASE ) filed by*Sara Day Brewer, Norman Goldblatt, Austin Griffith, Timothy McQuaid, Sigurd Murphy, Thien Ngo, Keith Uehara. (Attachments: # *1 Exhibit A, # 2 Declaration of Lin Yee Chan, Kalpana Srinivasan, and Adam J. Zapala in Support of Opposition)*(Chan, Lin) (Filed on 8/26/2020) (Entered: 08/26/2020) |
| 08/27/2020 | 69 | CLERKS NOTICE SETTING ZOOM HEARING. Initial Case Management Conference set for 9/3/2020 10:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ejd<br><br>**Court Appearances:** Advanced notice is required of couns el or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at EJDcrd@cand.uscourts.gov no later than 9/1/2020 at 12:00 PM PST.<br><br>**\*\*\*PLEASE NOTE: THE COURT DISCOURAGES THE USE OF A MOBILE PHONE DEVICE AND AIR PODS DUE TO UNSTABLENESS OF CONNECTIVITY AND INAUDIBLE ISSUES FOR THE RECORD\*\*\***<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>, Set/Reset Deadlines as to Initial Case Management Conference set for 9/3/2020 10:00 AM in San Jose, Courtroom 4, 5th Floor. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amkS, COURT STAFF) (Filed on 8/27/2020) (Entered: 08/27/2020) |
| 08/31/2020 | 70 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Sara Day Brewer* (Gervais, Michael) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 08/31/2020 | 71 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *for Thien Ngo* (Gervais, Michael) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 08/31/2020 | 72 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by Dave Anderson* (Lin, Ashlee) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 08/31/2020 | 73 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by Celestron Acquisition LLC and Corey Lee* (Lin, Ashlee) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 08/31/2020 | 74 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options *by Joseph Lupica* (Lin, Ashlee) (Filed on 8/31/2020) (Entered: 08/31/2020) |
| 09/01/2020 | 75 | REPLY (re 51 MOTION to Appoint Lead Plaintiff and Lead Counsel *ROBINS KAPLAN LLP AS INTERIM LEAD OR CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; OPPOSITION TO AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASE ) IN SUPPORT OF LEADERSHIP MOTION filed by*James Kaufman. *(Attachments: # 1 Declaration, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Exhibit G, # 9 Exhibit H, # 10 Exhibit I)*(Sheanin, Aaron) (Filed on 9/1/2020) (Entered: 09/01/2020) |

**6-ER-1078**

| 09/01/2020 | 76 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Castillo, Elizabeth) (Filed on 9/1/2020) (Entered: 09/01/2020) |
|---|---|---|
| 09/01/2020 | 77 | ADR Certification (ADR L.R. 3−5 b) of discussion of ADR options (Castillo, Elizabeth) (Filed on 9/1/2020) (Entered: 09/01/2020) |
| 09/01/2020 | 78 | CLERK'S NOTICE ADVANCING MOTION HEARING DATE. Motions to Appoint Lead Plaintiff and Lead Counsel Hearing set for 10/15/2020 is HEREBY ADVANCED to 9/17/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Motions as to ( 51 in 5:20−cv−03639−EJD), ( 38 in 5:20−cv−03639−EJD), ( 41 in 5:20−cv−03642−EJD), ( 23 in 5:20−cv−04049−EJD). *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amkS, COURT STAFF) (Filed on 9/1/2020) (Entered: 09/01/2020) |
| 09/02/2020 | 79 | MOTION to Relate Case filed by Michael Price, Deborah Lemar, Vincent Catanzaro, David Dick, Brian Murphy. (Attachments: # 1 Declaration of Lin Y. Chan in support of Administrative Motion, # 2 Proposed Order Granting Administrative Motion)(Chan, Lin) (Filed on 9/2/2020) (Entered: 09/02/2020) |
| 09/03/2020 | 80 | **Minute Entry for proceedings held before Judge Edward J. Davila: Initial Case Management Conference held on 9/3/2020 via Zoom Webinar Remotely. Motions to appoint lead plaintiff's counsel hearing has been advanced to 9/17/2020 at 9:00 AM. The Court intends to hear from the Parties and issue an order prior to any further proceedings in these consolidated/related actions. Plaintiff Attorney: Matthew Borden,Ronald Fisher,Aaron Sheanin,Kellie Lerner,Adam Mendel,Lin Chan,Eric Fastiff,Adam Zapala,Elizabeth Castillo,Michael Gervais,Kalpana Srinivasan. Defendant Attorney: Christopher Frost. Total Time in Court:10:50−11:13am(23 Mins.) Court Reporter: Lee−Anne Shortridge. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amkS, COURT STAFF) (Date Filed: 9/3/2020) (Entered: 09/03/2020)** |
| 09/03/2020 | 81 | TRANSCRIPT ORDER for proceedings held on 09/03/2020 before Judge Edward J. Davila by Daniel Hightower, for Court Reporter Lee−Anne Shortridge. (Borden, Matthew) (Filed on 9/3/2020) (Entered: 09/03/2020) |
| 09/10/2020 | 82 | **ORDER DENYING 16 MOTION TO TRANSFER CASE; granting in part and denying in part 22 Motion to Intervene. Signed by Judge Edward J. Davila on 9/10/2020. (ejdlc1, COURT STAFF) (Filed on 9/10/2020)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/10/2020)** |
| 09/11/2020 | 83 | **Order Granting 79 Motion to Relate Case. Signed by Judge Edward J. Davila on 9/11/2020. (ejdlc1, COURT STAFF) (Filed on 9/11/2020)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/11/2020)** |
| 09/11/2020 | 84 | TRANSCRIPT ORDER for proceedings held on 09/03/2020 before Judge Edward J. Davila by Norman Goldblatt, for Court Reporter Lee−Anne Shortridge. (Chan, Lin) (Filed on 9/11/2020) (Entered: 09/11/2020) |
| 09/11/2020 | 85 | TRANSCRIPT ORDER for proceedings held on 09/03/2020 before Judge Edward J. Davila by Celestron Acquisition, LLC, for Court Reporter Lee−Anne Shortridge. (Lin, Ashlee) (Filed on 9/11/2020) (Entered: 09/11/2020) |
| 09/14/2020 | 86 | AFFIDAVIT of Service for SUMMONS, COMPLAINT, CIVIL COVER SHEET, ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES, JOINT CASE MANAGEMENT STATEMENT & PROPOSED ORDER, WAIVER OF THE SERVICE OF SUMMONS, CONSENT OR DECLARATION TO MAGISTRATE JUDGE JURISDICTION, STANDING ORDER FOR ALL JUDGES OF THE NORTHERN DISTRICT OF CALIFORNIA, STANDING ORDER FOR CIVIL CASES, INSTRUCTIONS: PREPARING THE CASE MANAGEMENT STATEMENT served on OLIVON USA LLC on |

**6-ER-1079**

| | | |
|---|---|---|
| | | 08/27/2020, filed by James Kaufman. (Attachments: # 1 Exhibit A)(Sheanin, Aaron) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 09/14/2020 | 87 | NOTICE of Change of Address by Aaron M. Sheanin (Sheanin, Aaron) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 09/14/2020 | 88 | CLERKS NOTICE SETTING ZOOM HEARING. Motions to Appoint Lead Plaintiff and Lead Counsel Hearing set for 9/17/2020 09:00 AM before Judge Edward J. Davila. This proceeding will be held via a Zoom webinar remotely. **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/ejd **Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at EJDcrd@cand.uscourts.gov no later than 9/15/2020 at 2:00 PM PST. ***PLEASE NOTE: THE COURT DISCOURAGES THE USE OF A MOBILE PHONE DEVICE AND AIR PODS DUE TO UNSTABLENESS OF CONNECTIVITY AND INAUDIBLE ISSUES FOR THE RECORD*** **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. , Set/Reset Deadlines as to (51 in 5:20−cv−03639−EJD) MOTION to Appoint Lead Plaintiff and Lead Counsel *ROBINS KAPLAN LLP AS INTERIM LEAD OR CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; OPPOSITION TO AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASE,* (38 in 5:20−cv−03639−EJD) *Amended MOTION to Appoint Lead Plaintiff and Lead Counsel ,* (41 in 5:20−cv−03642−EJD) *MOTION to Appoint Lead Plaintiff and Lead Counsel ,* (23 in 5:20−cv−04049−EJD) *Amended MOTION to Appoint Lead Plaintiff and Lead Counsel ,* (16 in 5:20−cv−04823−EJD) *Amended MOTION to Appoint Lead Plaintiff and Lead Counsel ,* (19 in 5:20−cv−04860−EJD) *Amended MOTION to Appoint Lead Plaintiff and Lead Counsel . Motion Hearing set for 9/17/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. (This is a text−only entry generated by the court. There is no document associated with this entry.) (amkS, COURT STAFF) (Filed on 9/14/2020)* *Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)* *(Entered: 09/14/2020)* |
| 09/14/2020 | 89 | MOTION to Relate Case filed by Philip Moore, Robert Welsh, Herbert Nelson, John Goerger. (Attachments: # 1 Declaration of Lin Y. Chan in support of Administrative Motion, # 2 Proposed Order granting Administrative Motion)(Chan, Lin) (Filed on 9/14/2020) (Entered: 09/14/2020) |
| 09/15/2020 | 90 | TRANSCRIPT ORDER for proceedings held on 9/3/2020 before Judge Edward J. Davila for Court Reporter Lee−Anne Shortridge. (sp, COURT STAFF) (Filed on 9/15/2020) (Entered: 09/15/2020) |
| 09/17/2020 | 91 | **Minute Entry for proceedings held before Judge Edward J. Davila: Motions to Appoint Lead Plaintiff and Lead Counsel Hearing held on 9/17/2020 at 9:00 am via Zoom Webinar remotely. The Court GRANTS Amended Motion ECF 38 and Denies Motion ECF 51 . The Court to issue the Order. Plaintiff Attorney: Matthew Borden,Ronald Fisher,Aaron Sheanin,Kellie Lerner,Adam Mendel,Dan Drachler,Lin Chan,Eric Fastiff,Adam Zapala,Elizabeth Castillo. Defendant Attorney: Christopher Frost. Total Time in Court:9:00−10:06am(1Hr.6Mins.) Court Reporter: Lee−Anne Shortridge. (This is a text−only entry generated by the** |

**6-ER-1080**

| | | |
|---|---|---|
| | | *court. There is no document associated with this entry.)* **(amkS, COURT STAFF) (Date Filed: 9/17/2020) (Entered: 09/17/2020)** |
| 09/17/2020 | 92 | TRANSCRIPT ORDER for proceedings held on 9/17/2020 before Judge Edward J. Davila for Court Reporter Lee−Anne Shortridge. (sp, COURT STAFF) (Filed on 9/17/2020) (Entered: 09/17/2020) |
| 09/17/2020 | 93 | Transcript of Proceedings held on 9−3−20, before Judge Edward J. Davila. Court Reporter Lee−Anne Shortridge, telephone number e−mail: lee−anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (90 in 5:20−cv−03639−EJD) Transcript Order ) Release of Transcript Restriction set for 12/16/2020. (lasS, COURT STAFF) (Filed on 9/17/2020) (Entered: 09/17/2020) |
| 09/18/2020 | 94 | TRANSCRIPT ORDER for proceedings held on 09/17/2020 before Judge Edward J. Davila by Sigurd Murphy, Keith Uehara, for Court Reporter Lee−Anne Shortridge. (Zapala, Adam) (Filed on 9/18/2020) (Entered: 09/18/2020) |
| 09/18/2020 | 95 | **ORDER GRANTING (38) PLAINTIFFS AMENDED MOTION TO APPOINT COTCHETT, PITRE & McCARTHY, LLP, SUSMAN GODFREY LLP, AND LIEFF CABRASER HEIMANN & BERNSTEIN, LLP INTERIM CO−LEAD COUNSEL FOR INDIRECT PURCHASER PLAINTIFFS; terminating as moot (39) Motion to Dismiss; and denying (51) Motion to Appoint Lead Plaintiff and Lead Counsel. Signed by Judge Edward J. Davila on 9/18/2020. (ejdlc1, COURT STAFF) (Filed on 9/18/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 09/18/2020)** |
| 09/21/2020 | 96 | **Order granting 89 Motion to Relate Case. Signed by Judge Edward J. Davila on 9/21/2020. (ejdlc1, COURT STAFF) (Filed on 9/21/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 09/21/2020)** |
| 09/22/2020 | 97 | TRANSCRIPT ORDER for proceedings held on 9/17/2020 before Judge Edward J. Davila by Sara Day Brewer, Thien Ngo, for Court Reporter Lee−Anne Shortridge. (Gervais, Michael) (Filed on 9/22/2020) (Entered: 09/22/2020) |
| 09/22/2020 | 98 | **ORDER CONSOLIDATING RELATED CASES. Signed by Judge Edward J. Davila on 9/22/2020. (ejdlc1, COURT STAFF) (Filed on 9/22/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 09/22/2020)** |
| 09/28/2020 | 99 | MOTION for Order Authorizing Alternative Service filed by All Plaintiffs. Motion Hearing set for 12/10/2020 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 10/13/2020. Replies due by 10/20/2020. (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit 1 − Zapala Decl., # 3 Exhibit 2 − Zapala Decl., # 4 Exhibit 3 − Zapala Decl., # 5 Exhibit 4 − Zapala Decl., # 6 Exhibit 5 − Zapala Decl., # 7 Declaration of Matthew Borden, # 8 Exhibit 1 − Borden Decl., # 9 Proposed Order)(Zapala, Adam) (Filed on 9/28/2020) (Entered: 09/28/2020) |
| 09/29/2020 | 100 | MOTION to Relate Case filed by Jim Riley. (Attachments: # 1 Declaration of Dennis Stewart, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, # 6 Exhibit E, # 7 Exhibit F, # 8 Proposed Order)(Stewart, Dennis) (Filed on 9/29/2020) (Entered: 09/29/2020) |

**6-ER-1081**

| 09/30/2020 | 101 | Transcript of Proceedings held on 9−17−20, before Judge Edward J. Davila. Court Reporter Lee−Anne Shortridge, telephone number e−mail: lee−anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 92 Transcript Order ) Release of Transcript Restriction set for 12/29/2020. (Related documents(s) 92 ) (lasS, COURT STAFF) (Filed on 9/30/2020) (Entered: 09/30/2020) |
| --- | --- | --- |
| 10/05/2020 | 102 | **Order granting 100 Motion to Relate Case. Signed by Judge Edward J. Davila on 10/5/2020. (ejdlc1, COURT STAFF) (Filed on 10/5/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 10/05/2020)** |
| 10/05/2020 | 103 | **Order Consolidating Related Case. Signed by Judge Edward J. Davila on 10/5/2020. (ejdlc1, COURT STAFF) (Filed on 10/5/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 10/05/2020)** |
| 10/13/2020 | 104 | OPPOSITION/RESPONSE (re 99 MOTION for Order Authorizing Alternative Service ) filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Lin, Ashlee) (Filed on 10/13/2020) (Entered: 10/13/2020) |
| 10/19/2020 | 105 | AMENDED COMPLAINT *(Consolidated Class Action)* against Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, Suzhou Synta Optical Technology Co. Ltd., Nantong Schmidt Opto−Electrical Technology Co. Ltd., Pacific Telescope Corp., David Shen, Ningbo Sunny Electronic Co. Ltd.. Filed byIndirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 10/19/2020) (Entered: 10/19/2020) |
| 10/19/2020 | 106 | Proposed Summons. (Zapala, Adam) (Filed on 10/19/2020) (Entered: 10/19/2020) |
| 10/20/2020 | 107 | REPLY (re 99 MOTION for Order Authorizing Alternative Service ) filed byAll Plaintiffs. (Attachments: # 1 Declaration of Adam J. Zapala)(Zapala, Adam) (Filed on 10/20/2020) (Entered: 10/20/2020) |
| 10/21/2020 | 108 | NOTICE of Appearance by Jon Bernhard Fougner (Fougner, Jon) (Filed on 10/21/2020) (Entered: 10/21/2020) |
| 10/29/2020 | 109 | MOTION for leave to appear in Pro Hac Vice *Simon Joel Kasha Miller* ( Filing fee $ 310, receipt number 0971−15128855.) filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, SW Technology Corporation. (Attachments: # 1 Certificate of Good Standing)(Miller, Simon) (Filed on 10/29/2020) Modified text on 11/2/2020 (cv, COURT STAFF). Modified text on 11/3/2020 (cv, COURT STAFF). (Entered: 10/29/2020) |
| 10/29/2020 | 110 | **ORDER Granting 109 Application for Admission of Attorney Pro Hac Vice for Simon Joel Kasha Simon, Counsel for Defendants Celestron Acquisition, LLC; SW Technology Corp; Corey Lee; Dave Anderson; and Joseph Lupica. Signed by Judge Edward J. Davila on 10/29/2020. (amkS, COURT STAFF) (Filed on 10/29/2020)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 10/29/2020)** |
| 11/04/2020 | 111 | Summons Issued as to Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., |

**6-ER-1082**

| | | |
|---|---|---|
| | | Ningbo Sunny Electronic Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Sky−Watcher Canada, Sky−Watcher USA, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (cv, COURT STAFF) (Filed on 11/4/2020) Modified text on 11/4/2020 (cv, COURT STAFF). (Entered: 11/04/2020) |
| 11/06/2020 | 112 | STIPULATION *to Amending Consolidated Class Action Complaint* filed by Indirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/06/2020 | 113 | AMENDED COMPLAINT − *Amended Consolidated Class Action Complaint* against All Defendants. Filed byIndirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 11/6/2020) (Entered: 11/06/2020) |
| 11/09/2020 | 114 | TRANSCRIPT ORDER for proceedings held on September 17, 2020 before Judge Edward J. Davila by Celestron Acquisition, LLC, for Court Reporter Lee−Anne Shortridge. (Frost, Christopher) (Filed on 11/9/2020) (Entered: 11/09/2020) |
| 11/16/2020 | 115 | MOTION to Strike 113 Amended Complaint filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, Olivon USA, LLC, SW Technology Corporation. Motion Hearing set for 2/18/2021 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 11/30/2020. Replies due by 12/7/2020. (Attachments: # 1 Proposed Order)(Frost, Christopher) (Filed on 11/16/2020) (Entered: 11/16/2020) |
| 11/16/2020 | 116 | MOTION to Dismiss *113 Amended Complaint* filed by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, Olivon USA, LLC, SW Technology Corporation. Motion Hearing set for 2/18/2021 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 11/30/2020. Replies due by 12/7/2020. (Frost, Christopher) (Filed on 11/16/2020) (Entered: 11/16/2020) |
| 11/16/2020 | 117 | Request for Judicial Notice re 115 MOTION to Strike 113 Amended Complaint , 116 MOTION to Dismiss *113 Amended Complaint* filed byDave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, Olivon USA, LLC, SW Technology Corporation. (Attachments: # 1 Exhibit 1 to RJN, # 2 Exhibit 2 to RJN, # 3 Exhibit 3 to RJN, # 4 Exhibit 4 to RJN, # 5 Errata 5 to RJN, # 6 Exhibit 6 to RJN)(Related document(s) 115 , 116 ) (Frost, Christopher) (Filed on 11/16/2020) (Entered: 11/16/2020) |
| 11/16/2020 | 118 | Certificate of Interested Entities by Olivon USA, LLC identifying Other Affiliate Jean Shen for Olivon USA, LLC. (Frost, Christopher) (Filed on 11/16/2020) (Entered: 11/16/2020) |
| 11/18/2020 | 119 | REPORT of Rule 26(f) Planning Meeting . (Zapala, Adam) (Filed on 11/18/2020) (Entered: 11/18/2020) |
| 11/20/2020 | 120 | STIPULATION WITH PROPOSED ORDER filed by Indirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 11/20/2020) (Entered: 11/20/2020) |
| 11/20/2020 | 121 | **Order granting 120 Stipulation to Modify Briefing Schedule. Signed by Judge Edward J. Davila on 11/20/2020. (ejdlc1S, COURT STAFF) (Filed on 11/20/2020) (Entered: 11/20/2020)** |
| 11/20/2020 | | ***Set/Reset Deadlines per ECF 121 Order: as to 64 Motion to Dismiss, 115 Motion to Strike 113 Amended Complaint, 116 Motion to Dismiss *113 Amended Complaint*. Responses due by 12/18/2020. Replies due by 1/15/2021. (amkS, COURT STAFF) (Filed on 11/20/2020) (Entered: 11/23/2020) |
| 11/24/2020 | 122 | MOTION for leave to appear in Pro Hac Vice *Alejandra Salinas* ( Filing fee $ 310, receipt number 0971−15235718.) filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Certificate of Good Standing)(Salinas, Alejandra) (Filed on 11/24/2020) (Entered: 11/24/2020) |
| 11/30/2020 | 123 | **ORDER Granting 122 Application for Admission of Attorney Pro Hac Vice for Alejandra C. Salinas, Counsel for Indirect Purchaser Plaintiffs. Signed by Judge Edward J. Davila on 11/30/2020. (amkS, COURT STAFF) (Filed on 11/30/2020) (Entered: 11/30/2020)** |

**6-ER-1083**

| 12/02/2020 | 124 | **ORDER GRANTING 99 DIRECT AND INDIRECT PURCHASER PLAINTIFFS' MOTION FOR ORDER AUTHORIZING ALTERNATIVE SERVICE. Signed by Judge Edward J. Davila on 12/2/2020. (ejdlc1S, COURT STAFF) (Filed on 12/2/2020) (Entered: 12/02/2020)** |
|---|---|---|
| 12/10/2020 | 125 | Transcript of Proceedings held on December 8, 2020, before Judge Virginia K. DeMarchi. Court Reporter Belle Ball, CSR, telephone number (415)373−2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (81 in 5:20−cv−03642−EJD) Transcript Order, (80 in 5:20−cv−03642−EJD) Transcript Order ) Release of Transcript Restriction set for 3/10/2021. (ballbb15S, COURT STAFF) (Filed on 12/10/2020) (Entered: 12/10/2020) |
| 12/15/2020 | 126 | STIPULATION WITH PROPOSED ORDER re 105 Amended Complaint, filed by Celestron Acquisition, LLC. (Lin, Ashlee) (Filed on 12/15/2020) (Entered: 12/15/2020) |
| 12/17/2020 | 127 | CERTIFICATE OF SERVICE by All Plaintiffs *re Alternative Service* (Castillo, Elizabeth) (Filed on 12/17/2020) (Entered: 12/17/2020) |
| 12/18/2020 | 128 | **ORDER GRANTING 126 JOINT STIPULATION RE: FOREIGN DEFENDANTS' TIME TO RESPOND TO COMPLAINTS. Signed by Judge Edward J. Davila on 12/18/2020. (ejdlc1S, COURT STAFF) (Filed on 12/18/2020) (Entered: 12/18/2020)** |
| 12/18/2020 | 129 | OPPOSITION/RESPONSE (re 116 MOTION to Dismiss *113 Amended Complaint* ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Appendix I − State Discovery Rules, # 2 Appendix II − Fraudulent Concealment)(Chan, Lin) (Filed on 12/18/2020) (Entered: 12/18/2020) |
| 12/18/2020 | 130 | OPPOSITION/RESPONSE (re 115 MOTION to Strike 113 Amended Complaint ) filed byIndirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 12/18/2020) (Entered: 12/18/2020) |
| 12/18/2020 | | ***Set/Reset Deadlines per ECF 128 Order: Foreign Defendants to Answer/Respond due by 1/20/2021. Responses due by 2/10/2021. Replies due by 2/24/2021. Motion Hearing set for 3/11/2021 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Motions to Dismiss and Motions to Strike hearing previously set for 2/18/2021 is continued to 3/11/2021. (amkS, COURT STAFF) (Filed on 12/18/2020) (Entered: 12/21/2020) |
| 01/15/2021 | 131 | REPLY (re 115 MOTION to Strike 113 Amended Complaint ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Olivon USA, LLC, SW Technology Corporation. (Frost, Christopher) (Filed on 1/15/2021) (Entered: 01/15/2021) |
| 01/15/2021 | 132 | REPLY (re 116 MOTION to Dismiss *113 Amended Complaint* ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Olivon USA, LLC, SW Technology Corporation. (Frost, Christopher) (Filed on 1/15/2021) (Entered: 01/15/2021) |
| 01/20/2021 | 133 | NOTICE by All Plaintiffs re 124 Order on Motion for Miscellaneous Relief (Zapala, Adam) (Filed on 1/20/2021) (Entered: 01/20/2021) |
| 01/20/2021 | 134 | MOTION to Dismiss *113 Consolidated Class Action Complaint* filed by Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Pacific Telescope Corp., David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Technology Corp. of Taiwan. Motion Hearing set for 3/11/2021 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 2/3/2021. Replies due by 2/10/2021. (Frost, Christopher) (Filed on 1/20/2021) (Entered: 01/20/2021) |
| 01/20/2021 | 135 | MOTION to Dismiss *113 Amended Consolidated Complaint* filed by Synta Canada Int'l Enterprises Ltd.. Motion Hearing set for 3/11/2021 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 2/3/2021. |

| | | |
|---|---|---|
| | | Replies due by 2/10/2021. (Attachments: # 1 Declaration of Sylvia Shen)(Frost, Christopher) (Filed on 1/20/2021) (Entered: 01/20/2021) |
| 01/20/2021 | 136 | Joinder re 115 MOTION to Strike 113 Amended Complaint by Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Pacific Telescope Corp., David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 1/20/2021) (Entered: 01/20/2021) |
| 02/03/2021 | 137 | STIPULATION WITH PROPOSED ORDER *RE JURISDICTIONAL DISCOVERY* filed by Synta Canada Int'l Enterprises Ltd.. (Frost, Christopher) (Filed on 2/3/2021) (Entered: 02/03/2021) |
| 02/03/2021 | 138 | STIPULATION WITH PROPOSED ORDER *REGARDING THE PRODUCTION OF ESI AND HARD COPY DOCUMENTS* filed by Indirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 2/3/2021) (Entered: 02/03/2021) |
| 02/05/2021 | 139 | **ORDER GRANTING 137 JOINT STIPULATION RE: JURISDICTIONAL DISCOVERY. Signed by Judge Edward J. Davila on 2/5/2021. (ejdlc1S, COURT STAFF) (Filed on 2/5/2021) (Entered: 02/05/2021)** |
| 02/10/2021 | 140 | OPPOSITION/RESPONSE (re 134 MOTION to Dismiss *113 Consolidated Class Action Complaint* ) *Indirect Purchaser Plaintiffs' Opposition to Motion of David Shen, Suzhou Synta Optical Technology Co. Ltd, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Synta Technology Corp., Olivon Manufacturing Group Ltd., and Pacific Telescope Corp. to Dismiss Consolidated Class Action Complaint* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1)(Srinivasan, Kalpana) (Filed on 2/10/2021) (Entered: 02/10/2021) |
| 02/10/2021 | 141 | Joint Discovery Letter Brief *re Protective Order* filed by All Plaintiffs. (Attachments: # 1 Exhibit 1 − [Proposed] Protective Order with Alternatives, # 2 Exhibit 2 − Redline against Model)(Chan, Lin) (Filed on 2/10/2021) (Entered: 02/10/2021) |
| 02/11/2021 | 142 | CLERKS NOTICE SETTING ZOOM HEARING. Discovery Hearing set for 3/2/2021 10:00 AM in San Jose, − Videoconference Only before Magistrate Judge Virginia K. DeMarchi. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vkd<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vkdcrd@cand.uscourts.gov no later than 3/1/2021 10:00am.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>Discovery Hearing set for 3/2/2021 10:00 AM in San Jose, − Videoconferenc e Only before Magistrate Judge Virginia K. DeMarchi. (Related documents(s) 141 ) *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (pmcS, COURT STAFF) (Filed on 2/11/2021) (Entered: 02/11/2021) |
| 02/17/2021 | 143 | MOTION for leave to appear in Pro Hac Vice *for Shauna A. Izadi* ( Filing fee $ 317, receipt number 0971−15587285.) filed by Celestron Acquisition, LLC. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing − Texas, # 2 Certificate/Proof of Service Certificate of Good Standing − OK)(Izadi, Shauna) (Filed on 2/17/2021) (Entered: 02/17/2021) |
| 02/18/2021 | 144 | STIPULATION WITH PROPOSED ORDER re 138 STIPULATION WITH PROPOSED ORDER *REGARDING THE PRODUCTION OF ESI AND HARD COPY DOCUMENTS −− CORRECTED −−* filed by All Plaintiffs. (Chan, Lin) (Filed on 2/18/2021) (Entered: 02/18/2021) |

**6-ER-1085**

| 02/19/2021 | 145 | **Order by Magistrate Judge Virginia K. DeMarchi granting 144 Stipulated ESI Order. (vkdlc1S, COURT STAFF) (Filed on 2/19/2021) (Entered: 02/19/2021)** |
|---|---|---|
| 02/19/2021 | 146 | **Order by Judge Edward J. Davila Granting 143 Motion for Pro Hac Vice. (kedS, COURT STAFF) (Filed on 2/19/2021) (Entered: 02/19/2021)** |
| 02/24/2021 | 147 | REPLY (re 134 MOTION to Dismiss *113 Consolidated Class Action Complaint* ) filed byNantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Pacific Telescope Corp., David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 2/24/2021) (Entered: 02/24/2021) |
| 02/24/2021 | 148 | **ORDER REGARDING BRIEFING ON JURISDICTIONAL MOTIONS. Signed by Judge Edward J. Davila on 2/24/2021. (ejdlc1S, COURT STAFF) (Filed on 2/24/2021) (Entered: 02/24/2021)** |
| 02/25/2021 | 149 | RESPONSE *re Joint Status Report re Jurisdictional Discovery* by Indirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 2/25/2021) (Entered: 02/25/2021) |
| 03/02/2021 | 150 | **Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing held by Zoom on 3/2/2021.**<br>**Total Time in Court: 37 minutes.**<br>**Court Reporter: Lee−Anne Shortridge.**<br>**Plaintiff Attorney: Lin Chan; Adam Zapala; Alejandra Salinas; Matthew Borden.**<br>**Defendant Attorney: Chris Frost.**<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (pmcS, COURT STAFF) (Date Filed: 3/2/2021) (Entered: 03/02/2021) |
| 03/02/2021 | 151 | TRANSCRIPT ORDER for proceedings held on 3/2/2021 before Magistrate Judge Virginia K. DeMarchi by All Plaintiffs, for Court Reporter Lee−Anne Shortridge. (Zapala, Adam) (Filed on 3/2/2021) (Entered: 03/02/2021) |
| 03/02/2021 | 152 | **Order by Magistrate Judge Virginia K. DeMarchi re 141 Discovery Letter Brief re Stipulated Protective Order. Revised proposed protective order due by 3/9/2021. (vkdlc1S, COURT STAFF) (Filed on 3/2/2021) (Entered: 03/02/2021)** |
| 03/03/2021 | 153 | Transcript of Proceedings held on 3−2−21, before Judge Virginia K. DeMarchi. Court Reporter Lee−Anne Shortridge, e−mail: lee−anne_shortridge@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 151 Transcript Order ) Release of Transcript Restriction set for 6/1/2021. (Related documents(s) 151 ) (lasS, COURT STAFF) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 154 | TRANSCRIPT ORDER for proceedings held on March 2, 2021 before Magistrate Judge Virginia K. DeMarchi by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter Lee−Anne Shortridge. (Frost, Christopher) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/03/2021 | 155 | NOTICE of Appearance by Krista Nicole Lupica (Lupica, Krista) (Filed on 3/3/2021) (Entered: 03/03/2021) |
| 03/09/2021 | 156 | (Text Only) CLERKS NOTICE TAKING MOTIONS UNDER SUBMISSION WITHOUT ORAL ARGUMENT. The Motions to Strike 115 , Motions to Dismiss 116 , 134 , 135 and for case 5:20−cv−03642−EJD Motion to Strike 63 , Motions to Dismiss 64 , 96 before Judge Edward J. Davila previously noticed for 3/11/2021 at 9:00 AM have been taken under submission without oral argument pursuant to Civ. L.R. 7−1(b). The 3/11/2021 hearing is VACATED NO APPEARANCE NECESSARY. The Court to issue further Order on the submitted motions. **This is a text only docket entry, there is no document associated with this notice.** (amkS, COURT STAFF) (Filed on 3/9/2021) (Entered: 03/09/2021) |

**6-ER-1086**

| | | |
|---|---|---|
| 03/09/2021 | 157 | STIPULATION WITH PROPOSED ORDER *PROTECTIVE ORDER* filed by All Plaintiffs. (Chan, Lin) (Filed on 3/9/2021) (Entered: 03/09/2021) |
| 03/10/2021 | 158 | **Order by Magistrate Judge Virginia K. DeMarchi granting AS MODIFIED 157 Stipulated Protective Order. (vkdlc1S, COURT STAFF) (Filed on 3/10/2021) (Entered: 03/10/2021)** |
| 03/24/2021 | 159 | STIPULATION *Regarding Discovery* filed by All Plaintiffs. (Chan, Lin) (Filed on 3/24/2021) (Entered: 03/24/2021) |
| 03/25/2021 | 160 | NOTICE by Synta Canada Int'l Enterprises Ltd. re 135 MOTION to Dismiss *113 Amended Consolidated Complaint Partial Withdrawal of Motion to Dismiss on Grounds of Lack of Personal Jurisdiction* (Frost, Christopher) (Filed on 3/25/2021) (Entered: 03/25/2021) |
| 04/05/2021 | 161 | Discovery Letter Brief*re Depositions of Sylvia Shen and Jean Shen* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Lin, Ashlee) (Filed on 4/5/2021) (Entered: 04/05/2021) |
| 04/05/2021 | 162 | Discovery Letter Brief*regarding Coordinated Discovery* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Lin, Ashlee) (Filed on 4/5/2021) (Entered: 04/05/2021) |
| 04/06/2021 | 163 | CLERKS NOTICE SETTING ZOOM HEARING. Discovery Hearing [161,162] set for 4/13/2021 10:00 AM Magistrate Judge Virginia K. DeMarchi. This proceeding will be held via a Zoom webinar. <br><br> **Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vkd <br><br> **Court Appearances:** Advanced notice is required of counsel or parties who wish to be iden tified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vkdcrd@cand.uscourts.gov no later than 4/12/21 10:00AM. <br><br> **General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. <br><br> **Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. <br><br> Discovery Hearing set for 4/13/2021 10:00 AM in San Jose, − Videoconference Only before Magistrate Judge Virginia K. DeMarchi. (Related documents(s) 162 , 161 ) *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (pmcS, COURT STAFF) (Filed on 4/6/2021) (Entered: 04/06/2021) |
| 04/13/2021 | 164 | **Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing held by Zoom on 4/13/2021.** <br><br> #161,#162 in 20−3639−EJD and #151, #152 in 20−3642−EJD. Hearing held. Court to issue written order. <br><br> Total Time in Court: 56 minutes. Court Reporter: Belle Ball. <br><br> Plaintiff Attorney: Kalpana Srinivasan; Alejandra Salinas; Ellen Leonida; Matthew Bordon. <br> Defendant Attorney: Chris Frost. |

**6-ER-1087**

| | | |
|---|---|---|
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (pmcS, COURT STAFF) (Date Filed: 4/13/2021) (Entered: 04/13/2021) |
| 04/13/2021 | 165 | **Discovery Order re 162 Discovery Letter Brief *regarding Coordinated Discovery*. Parties' proposed discovery plan due by 4/23/2021. Signed by Judge Virginia K. DeMarchi on 4/13/2021. (vkdlc1S, COURT STAFF) (Filed on 4/13/2021) (Entered: 04/13/2021)** |
| 04/15/2021 | 166 | TRANSCRIPT ORDER for proceedings held on 04/13/2021 before Magistrate Judge Virginia K. DeMarchi by Sara Day Brewer, Thien Ngo, for Court Reporter Belle Ball. (Gervais, Michael) (Filed on 4/15/2021) (Entered: 04/15/2021) |
| 04/19/2021 | 167 | Transcript of Proceedings held on 4/13/21, before Judge Virginia K. DeMarchi. Court Reporter Belle Ball, CSR, telephone number (415)373−2529, belle_ball@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (158 in 5:20−cv−03642−EJD) Transcript Order ) Release of Transcript Restriction set for 7/19/2021. (ballbb15S, COURT STAFF) (Filed on 4/19/2021) (Entered: 04/19/2021) |
| 04/20/2021 | 168 | **Order by Magistrate Judge Virginia K. DeMarchi re 161 Discovery Letter Brief re Coordination of Depositions. (vkdlc1S, COURT STAFF) (Filed on 4/20/2021) (Entered: 04/20/2021)** |
| 04/22/2021 | 169 | STIPULATION WITH PROPOSED ORDER re 165 Discovery Order filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 4/22/2021) (Entered: 04/22/2021) |
| 04/23/2021 | 170 | **Order by Magistrate Judge Virginia K. DeMarchi granting 169 Stipulation re Discovery Plan Schedule. (vkdlc1S, COURT STAFF) (Filed on 4/23/2021) (Entered: 04/23/2021)** |
| 04/30/2021 | 171 | Joint Discovery Letter Brief filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit Draft Discovery Plan)(Salinas, Alejandra) (Filed on 4/30/2021) (Entered: 04/30/2021) |
| 05/04/2021 | 172 | **Order by Magistrate Judge Virginia K. DeMarchi re 171 Discovery Letter Brief re Discovery Plan. Proposed discovery plan order due by 5/10/2021. (vkdlc1S, COURT STAFF) (Filed on 5/4/2021) (Entered: 05/04/2021)** |
| 05/10/2021 | 173 | Proposed Order *STIPULATED ORDER REGARDING DISCOVERY PLAN* by All Plaintiffs. (Chan, Lin) (Filed on 5/10/2021) (Entered: 05/10/2021) |
| 05/11/2021 | 174 | **Stipulated Order re Discovery Plan. Signed by Judge Virginia K. DeMarchi on 5/11/2021. (vkdlc1S, COURT STAFF) (Filed on 5/11/2021) (Entered: 05/11/2021)** |
| 05/17/2021 | 175 | OPPOSITION/RESPONSE (re 135 MOTION to Dismiss *113 Amended Consolidated Complaint* ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1)(Srinivasan, Kalpana) (Filed on 5/17/2021) (Entered: 05/17/2021) |
| 06/01/2021 | 176 | REPLY (re 135 MOTION to Dismiss *113 Amended Consolidated Complaint* ) filed bySynta Canada Int'l Enterprises Ltd.. (Lin, Ashlee) (Filed on 6/1/2021) (Entered: 06/01/2021) |
| 06/02/2021 | 177 | **Order Granting in Part and Denying in Part 115 Motion to Strike, 116 Motion to Dismiss, 134 Motion to Dismiss, 135 Motion to Dismiss. Signed by Judge Edward J. Davila on 6/2/2021. (ejdlc1S, COURT STAFF) (Filed on 6/2/2021) (Entered: 06/02/2021)** |

**6-ER-1088**

| 06/04/2021 | 178 | STIPULATION WITH PROPOSED ORDER *REGARDING DISCOVERY PLAN SCHEDULE* filed by Indirect Purchaser Plaintiffs. (Salinas, Alejandra) (Filed on 6/4/2021) (Entered: 06/04/2021) |
|---|---|---|
| 06/04/2021 | 179 | **Order by Magistrate Judge Virginia K. DeMarchi granting 178 Stipulation Re Discovery Plan Schedule. (vkdlc1S, COURT STAFF) (Filed on 6/4/2021) (Entered: 06/04/2021)** |
| 06/07/2021 | 180 | STIPULATION WITH PROPOSED ORDER *re Amended Class Action Complaint* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 6/7/2021) (Entered: 06/07/2021) |
| 06/08/2021 | 181 | **Order Granting 180 Stipulation re Amended Class Action Complaint. Signed by Judge Edward J. Davila on 6/8/2021. (ejdlc1S, COURT STAFF) (Filed on 6/8/2021) (Entered: 06/08/2021)** |
| 06/15/2021 | 182 | MOTION for leave to appear in Pro Hac Vice *for Catherine P. Humphreville* ( Filing fee $ 317, receipt number 0971−16076644.) filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Certificate of Good Standing)(Humphreville, Catherine) (Filed on 6/15/2021) (Entered: 06/15/2021) |
| 06/15/2021 | 183 | **ORDER Granting 182 Application for Admission of Attorney Pro Hac Vice for Catherine P. Humphreville, Counsel for Indirect Purchaser Plaintiffs. Signed by Judge Edward J. Davila on 6/15/2021. (amkS, COURT STAFF) (Filed on 6/15/2021) (Entered: 06/15/2021)** |
| 06/28/2021 | 184 | NOTICE of Change In Counsel by Matthew Brooks Borden (Borden, Matthew) (Filed on 6/28/2021) (Entered: 06/28/2021) |
| 06/29/2021 | 185 | STIPULATION WITH PROPOSED ORDER re 179 Order on Stipulation *re DIscovery Plan Schedule* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 6/29/2021) (Entered: 06/29/2021) |
| 06/30/2021 | 186 | **Order by Magistrate Judge Virginia K. DeMarchi granting 185 Stipulation Re Discovery Plan Schedule. (vkdlc1S, COURT STAFF) (Filed on 6/30/2021) (Entered: 06/30/2021)** |
| 07/23/2021 | 187 | STIPULATION WITH PROPOSED ORDER *re Amended Class Action Complaint* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 7/23/2021) (Entered: 07/23/2021) |
| 07/23/2021 | 188 | **Order Granting 187 Second Stipulation re Amended Class Action Complaint. Signed by Judge Edward J. Davila on 7/23/2021. (ejdlc1S, COURT STAFF) (Filed on 7/23/2021) (Entered: 07/23/2021)** |
| 08/03/2021 | 189 | STIPULATION WITH PROPOSED ORDER re 186 Order on Stipulation *re Discovery Plan Schedule* filed by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 8/3/2021) (Entered: 08/03/2021) |
| 08/04/2021 | 190 | **Order by Magistrate Judge Virginia K. DeMarchi granting 189 Stipulation Re Discovery Plan Schedule. (vkdlc1S, COURT STAFF) (Filed on 8/4/2021) (Entered: 08/04/2021)** |

**6-ER-1089**

| | | |
|---|---|---|
| 08/19/2021 | 191 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number 0971−16299182.) filed by Steven Zellers. (Attachments: # 1 Exhibit Cert of Good Standing−J Emerson SD TX)(Emerson, John) (Filed on 8/19/2021) (Entered: 08/19/2021) |
| 08/19/2021 | 192 | **ORDER Granting 191 Application for Admission of Attorney Pro Hac Vice for John G. Emerson, Counsel for Indirect Purchaser Plaintiff, Steven Zellers. Signed by Judge Edward J. Davila on 8/19/2021. (amkS, COURT STAFF) (Filed on 8/19/2021) (Entered: 08/19/2021)** |
| 08/24/2021 | 193 | SUGGESTION OF DEATH Upon the Record as to Norman Goldblatt by Norman Goldblatt. (Chan, Lin) (Filed on 8/24/2021) (Entered: 08/24/2021) |
| 08/30/2021 | 194 | Brief *(Indirect Purchaser Plaintiffs' Opposition to Administrative Motion re: Stipulated Schedule Modifications)* filed byIndirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 8/30/2021) (Entered: 08/30/2021) |
| 08/31/2021 | 195 | NOTICE of Appearance by James Gerard Beebe Dallal (Dallal, James) (Filed on 8/31/2021) (Entered: 08/31/2021) |
| 08/31/2021 | 196 | NOTICE of Appearance by Reid Wilson Wayman Gaa (Gaa, Reid) (Filed on 8/31/2021) (Entered: 08/31/2021) |
| 08/31/2021 | 197 | AMENDED COMPLAINT *(Second Amended Consolidated Class Action Complaint)* against All Defendants. Filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Redline Version)(Zapala, Adam) (Filed on 8/31/2021) (Entered: 08/31/2021) |
| 09/01/2021 | 198 | Joint Discovery Letter Brief *re 30(b)(6) Depositions* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Salinas, Alejandra) (Filed on 9/1/2021) (Entered: 09/01/2021) |
| 09/02/2021 | 199 | Joint Discovery Letter Brief *re 30(b)(6) Depositions* filed by Direct Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F)(Borden, Matthew) (Filed on 9/2/2021) (Entered: 09/02/2021) |
| 09/02/2021 | 200 | Joint Discovery Letter Brief *re 30(b)(6) Depositions* filed by Direct Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D)(Borden, Matthew) (Filed on 9/2/2021) (Entered: 09/02/2021) |
| 09/13/2021 | 201 | **ORDER by Judge Virginia K. DeMarchi re 198 199 200 Discovery Disputes re Rule 30(b)(6) Depositions of Synta Tech and Suzhou Synta. (vkdlc1S, COURT STAFF) (Filed on 9/13/2021) (Entered: 09/13/2021)** |
| 09/13/2021 | 202 | Joint Discovery Letter Brief *re: Defendants Use of TAR* filed by Direct Purchaser Plaintiffs. (Attachments: # 1 DPP − Exhibit A, # 2 DPP − Exhibit B, # 3 DPP − Exhibit C, # 4 DPP − Exhibit D, # 5 DPP − Exhibit E, # 6 IPP − Chan Declaration, # 7 IPP − Johnson Declaration, # 8 IPP − Exhibit 1, # 9 IPP − Exhibit 2, # 10 Defendants − Exhibit 1, # 11 Defendants − Exhibit 2, # 12 Defendants − Exhibit 3, # 13 Defendants − Exhibit 4, # 14 Defendants − Exhibit 5, # 15 Defendants − Exhibit 6, # 16 Defendants − Exhibit 7)(Borden, Matthew) (Filed on 9/13/2021) (Entered: 09/13/2021) |
| 09/14/2021 | 203 | CLERKS NOTICE SETTING ZOOM HEARING. Discovery Hearing 202 set for 10/5/2021 10:00 AM in San Jose, − Videoconference Only before Magistrate Judge Virginia K. DeMarchi. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vkd<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at vkdcrd@cand.uscourts.gov no later than 10/4/2021 10:00AM.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited. |

| | | |
|---|---|---|
| | | Zoom Guidance and Setup: https://www.cand.uscourts.gov/zoom/. Discovery Hearing set for 10/5/2021 10:00 AM in San Jose, − Video conference Only before Magistrate Judge Virginia K. DeMarchi. (Related documents(s) 202 ) *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (pmcS, COURT STAFF) (Filed on 9/14/2021) (Entered: 09/14/2021) |
| 09/15/2021 | 204 | NOTICE of Change of Address by Christopher Lynn Frost (Frost, Christopher) (Filed on 9/15/2021) (Entered: 09/15/2021) |
| 09/27/2021 | 205 | STIPULATION WITH PROPOSED ORDER re 197 Amended Complaint *and Briefing Schedule in Response to Amended Complaints* filed by Dave Anderson, Celestron Acquisition, LLC, Jack Chen, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Henry, Amber) (Filed on 9/27/2021) (Entered: 09/27/2021) |
| 09/27/2021 | 206 | **Order Granting 205 Stipulation re Briefing Schedule in Response to Amended Complaints. Signed by Judge Edward J. Davila on 9/27/2021. (ejdlc1S, COURT STAFF) (Filed on 9/27/2021) (Entered: 09/27/2021)** |
| 09/27/2021 | 207 | MOTION for Clarification of Nondispositive Pretrial Order of Magistrate Judge re 201 Order on Discovery Letter Brief,, filed by Indirect Purchaser Plaintiffs. Responses due by 10/12/2021. (Chan, Lin) (Filed on 9/27/2021) (Entered: 09/27/2021) |
| 10/05/2021 | 208 | **Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing 202 held by Zoom on 10/5/2021. Hearing held. Court to issue written order. Zoom Time: 12:10−1:00pm. Plaintiff Attorney: Lin Chan, Alejandra Salinas. Defendant Attorney: Chris Frost, Ashlee Lin.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(pmcS, COURT STAFF) (Date Filed: 10/5/2021) (Entered: 10/05/2021)** |
| 10/07/2021 | 209 | **Order by Magistrate Judge Virginia K. DeMarchi re 202 Discovery Letter Brief re Defendants' Use of TAR. (vkdlc1S, COURT STAFF) (Filed on 10/7/2021) (Entered: 10/07/2021)** |
| 10/07/2021 | 210 | TRANSCRIPT ORDER for proceedings held on 10/5/2021 before Magistrate Judge Virginia K. DeMarchi by Indirect Purchaser Plaintiffs, for Court Reporter FTR − San Jose. (Fougner, Jon) (Filed on 10/7/2021) **Transcriber assigned: Ana Dub** Modified on 10/7/2021 (jy, COURT STAFF). (Entered: 10/07/2021) |
| 10/07/2021 | 211 | NOTICE of Appearance by Jordan Matthews (Matthews, Jordan) (Filed on 10/7/2021) (Entered: 10/07/2021) |
| 10/08/2021 | 212 | TRANSCRIPT ORDER for proceedings held on October 5, 2021 before Magistrate Judge Virginia K. DeMarchi by Dave Anderson, Celestron Acquisition, LLC, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter FTR − San Jose. (Henry, Amber) (Filed on 10/8/2021) **Transcriber assigned: Ana Dub** Modified on 10/8/2021 (jy, COURT STAFF). (Entered: 10/08/2021) |
| 10/11/2021 | 213 | NOTICE of Appearance by Charanjit Singh (Singh, Charanjit) (Filed on 10/11/2021) (Entered: 10/11/2021) |
| 10/12/2021 | 214 | OPPOSITION/RESPONSE (re 207 MOTION for Clarification of Nondispositive Pretrial Order of Magistrate Judge re 201 Order on Discovery Letter Brief,, ) filed byDave Anderson, Celestron Acquisition, LLC, Jack Chen, Laurence Huen, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology |

| | | |
|---|---|---|
| | | Corporation, David Shen, Jean Shen, Sylvia Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Lin, Ashlee) (Filed on 10/12/2021) (Entered: 10/12/2021) |
| 10/12/2021 | 215 | MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* filed by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. Motion Hearing set for 2/24/2022 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 11/19/2021. Replies due by 12/10/2021. (Henry, Amber) (Filed on 10/12/2021) (Entered: 10/12/2021) |
| 10/12/2021 | 216 | MOTION to Strike *Portions of Second Amended Complaint* filed by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. Motion Hearing set for 2/24/2022 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 11/19/2021. Replies due by 12/10/2021. (Henry, Amber) (Filed on 10/12/2021) (Entered: 10/12/2021) |
| 10/18/2021 | 217 | **Order by Magistrate Judge Virginia K. DeMarchi re 207 Plaintiffs' Motion for Clarification. (vkdlc1S, COURT STAFF) (Filed on 10/18/2021) (Entered: 10/18/2021)** |
| 10/18/2021 | 218 | NOTICE of Appearance by Shahrokh Sheik (Sheik, Shahrokh) (Filed on 10/18/2021) (Entered: 10/18/2021) |
| 10/26/2021 | 219 | STIPULATION WITH PROPOSED ORDER *Search Terms and Document Production* filed by Indirect Purchaser Plaintiffs. (Salinas, Alejandra) (Filed on 10/26/2021) (Entered: 10/26/2021) |
| 10/27/2021 | 220 | **Order by Magistrate Judge Virginia K. DeMarchi granting 219 Stipulation re Document Production Schedule. (vkdlc1, COURT STAFF) (Filed on 10/27/2021) (Entered: 10/27/2021)** |
| 11/08/2021 | 221 | Transcript of the Official Electronic record of Remote Zoom Video Conference Proceedings held on 10/5/2021 before Magistrate Judge Virginia K. DeMarchi. Transcriber Ana M. Dub, CSR 7445, RDR, CRR, telephone number 415−290−1651 ana_dub@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Transcriber until the deadline for the Release of Transcript Restriction. After that date, it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (210 in 5:20−cv−03639−EJD) Transcript Order, ) Release of Transcript Restriction set for 2/6/2022. (amd, COURT STAFF) (Filed on 11/8/2021) (Entered: 11/08/2021) |
| 11/19/2021 | 222 | STIPULATION WITH PROPOSED ORDER re 206 Order on Stipulation *Joint Stipulation Regarding Briefing Schedule for Response to Amended Class Action Complaints* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 11/19/2021) (Entered: 11/19/2021) |
| 11/19/2021 | 223 | **Order Granting 222 Stipulation Regarding Briefing Schedule for Response to Amended Class Action Complaints. Signed by Judge Edward J. Davila on 11/19/2021. (ejdlc1, COURT STAFF) (Filed on 11/19/2021) (Entered: 11/19/2021)** |
| 12/06/2021 | 224 | OPPOSITION/RESPONSE (re 216 MOTION to Strike *Portions of Second Amended Complaint* ) filed byIndirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 12/6/2021) (Entered: 12/06/2021) |
| 12/06/2021 | 225 | OPPOSITION/RESPONSE (re 215 MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* ) filed byIndirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 12/6/2021) (Entered: 12/06/2021) |
| 12/09/2021 | 226 | NOTICE of Change In Counsel by Ronald James Fisher (Fisher, Ronald) (Filed on 12/9/2021) (Entered: 12/09/2021) |

**6-ER-1092**

| 01/04/2022 | 227 | Discovery Letter Brief filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibits 2−4)(Gaa, Reid) (Filed on 1/4/2022) (Entered: 01/04/2022) |
|---|---|---|
| 01/05/2022 | 228 | **CLERKS NOTICE SETTING ZOOM HEARING.** Discovery Hearing re [Dkt. 227 ] set for 1/11/2022 10:00 AM in San Jose, − Videoconference Only before Magistrate Judge Virginia K. DeMarchi. This proceeding will be held via a Zoom webinar.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vkd<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appearance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at VKDcrd@cand.uscourts.gov no later than January 10, 2022 at 12:00PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry g enerated by the court. There is no document associated with this entry.)* (jhf, COURT STAFF) (Filed on 1/5/2022) (Entered: 01/05/2022) |
| 01/10/2022 | 229 | REPLY (re 215 MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Henry, Amber) (Filed on 1/10/2022) (Entered: 01/10/2022) |
| 01/10/2022 | 230 | REPLY (re 216 MOTION to Strike *Portions of Second Amended Complaint* ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Henry, Amber) (Filed on 1/10/2022) (Entered: 01/10/2022) |
| 01/11/2022 | 231 | **CLERK'S NOTICE CONTINUING 1/11/22 DISCOVERY HEARING RE 227 TO 1/25/22.** Discovery Hearing set for 1/25/2022 10:00 AM in San Jose, − Videoconference Only before Magistrate Judge Virginia K. DeMarchi. This proceeding will be held via a Zoom webinar.<br><br>Indirect Purchaser Plaintiff's counsel to provide notice to counsel for Orange County Telescope of hearing date and location.<br><br>**Webinar Access:** All counsel, members of the public, and media may access the webinar information at https://www.cand.uscourts.gov/vkd<br><br>**Court Appearances:** Advanced notice is required of counsel or parties who wish to be identified by the court as making an appe arance or will be participating in the argument at the hearing. A list of names and emails must be sent to the CRD at VKDcrd@cand.uscourts.gov no later than January 24, 2022 at 12:00PM PST.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/. |

| | | |
|---|---|---|
| | | *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (jhf, COU RT STAFF) (Filed on 1/11/2022) (Entered: 01/11/2022) |
| 01/25/2022 | 232 | **Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi:**<br><br>Discovery Hearing, Dkt. No. 231 held on 1/25/2022.<br>Court to issue order.<br><br>Attorneys for Plaintiff:Adam Zapala, Reid Gaa, Elizabeth Castillo.<br>Defendant Attorney: Damian Capozzola.<br><br>Zoom recording: 10:00−10:26 am. Time in Court: 26 Minutes.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amk, COURT STAFF) (Date Filed: 1/25/2022) (Entered: 01/25/2022) |
| 01/25/2022 | 233 | TRANSCRIPT ORDER for proceedings held on 01/25/2022 before Magistrate Judge Virginia K. DeMarchi by Direct Purchaser Plaintiffs, for Court Reporter FTR − San Jose. (Fisher, Ronald) (Filed on 1/25/2022) **Transcriber: Tara Jauregui (Echo Reporting).** Modified on 1/26/2022 (lmh, COURT STAFF). (Entered: 01/25/2022) |
| 01/25/2022 | 234 | TRANSCRIPT ORDER for proceedings held on 1/25/2022 before Magistrate Judge Virginia K. DeMarchi by Indirect Purchaser Plaintiffs, for Court Reporter FTR − San Jose. (Zapala, Adam) (Filed on 1/25/2022)**Transcriber: Tara Jauregui (Echo Reporting).** Modified on 1/26/2022 (lmh, COURT STAFF). (Entered: 01/25/2022) |
| 01/25/2022 | 235 | **Order Re 227 January 4, 2022 Discovery Dispute Re Subpoena to Orange County Telescope. Signed by Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 1/25/2022) (Entered: 01/25/2022)** |
| 01/26/2022 | 236 | Transcript of Proceedings held on 01/25/22, before Judge Magistrate Judge Virginia DeMarchi. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: FTR 10:00 − 10:26. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re 234 Transcript Order, ) Redaction Request due 2/16/2022. Redacted Transcript Deadline set for 2/28/2022. Release of Transcript Restriction set for 4/26/2022. (Related documents(s) 234 ) (Jauregui, Tara) (Filed on 1/26/2022) (Entered: 01/26/2022) |
| 02/09/2022 | 237 | Joint Discovery Letter Brief *re: Identification of 30(b)(6) Witnesses* filed by Direct Purchaser Plaintiffs. (Borden, Matthew) (Filed on 2/9/2022) (Entered: 02/09/2022) |
| 02/15/2022 | 238 | Letter from Indirect Purchaser Plaintiffs *regarding Subpoena to Orange County Telescopes*. (Castillo, Elizabeth) (Filed on 2/15/2022) (Entered: 02/15/2022) |
| 02/16/2022 | 239 | **Order by Magistrate Judge Virginia K. DeMarchi Re 237 February 9, 2022 Discovery Dispute. (vkdlc1, COURT STAFF) (Filed on 2/16/2022) (Entered: 02/16/2022)** |
| 02/16/2022 | 240 | CLERKS NOTICE TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT. The hearings on 215 Motion to Dismiss and 216 Motion to Strike before Judge Edward J. Davila noticed for 2/24/2022 at 9:00 AM are VACATED. NO APPEARANCES ARE NECESSARY. The Motions have been taken under submission without oral argument pursuant to Civ. L.R. 7−1(b). The Court to issue further Order on the submitted motions. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Filed on 2/16/2022) (Entered: 02/16/2022) |
| 02/16/2022 | 241 | **ORDER Re 238 February 15, 2022 Discovery Letter. Signed by Judge Virginia K. DeMarchi on 2/16/2022. (vkdlc1, COURT STAFF) (Filed on 2/16/2022) (Entered: 02/16/2022)** |

| 02/24/2022 | 242 | NOTICE by Sigurd Murphy, Keith Uehara *re Withdrawal of Counsel (Reid W. Gaa)* (Zapala, Adam) (Filed on 2/24/2022) (Entered: 02/24/2022) |
|---|---|---|
| 03/15/2022 | 243 | Administrative Motion to File Under Seal filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Unredacted Motion to Amend, # 4 Redacted Motion to Amend, # 5 Unredacted Third Amended Complaint, # 6 Redacted Third Amended Complaint)(Srinivasan, Kalpana) (Filed on 3/15/2022) (Entered: 03/15/2022) |
| 03/15/2022 | 244 | MOTION for Leave to File *Third Amended Consolidated Class Action Complaint* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Declaration, # 2 Proposed Order, # 3 Exhibit A, Redacted Redlined Third Amended Complaint, # 4 Exhibit B, Redacted Third Amended Complaint)(Srinivasan, Kalpana) (Filed on 3/15/2022) (Entered: 03/15/2022) |
| 03/18/2022 | 245 | STIPULATION *(Joint Stipulation Regarding Defendants' Consent to the Indirect Purchaser Plaintiffs' Filing of their Third Amended Complaint* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 3/18/2022) (Entered: 03/18/2022) |
| 03/18/2022 | 246 | **Order Terminating as Moot 215 MOTION to Dismiss Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6); 216 MOTION to Strike Portions of Second Amended Complaint; 244 MOTION for Leave to File Third Amended Consolidated Class Action Complaint. Third Amended Complaint due by 3/25/2022. Signed by Judge Edward J. Davila on 3/18/2022. (ejdlc1, COURT STAFF) (Filed on 3/18/2022) (Entered: 03/18/2022)** |
| 03/21/2022 | 247 | Discovery Letter Brief *re Plaintiffs' First Interrogatory* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Dallal, James) (Filed on 3/21/2022) (Entered: 03/21/2022) |
| 03/25/2022 | 248 | STIPULATION WITH PROPOSED ORDER *Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendants' Anticipated Motions to Dismiss IPPs' Amended Complaint* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 3/25/2022) (Entered: 03/25/2022) |
| 03/25/2022 | 249 | **Order Granting 248 Stipulation re Briefing Schedule for Anticipated Motion to Dismiss Third Amended Complaint. Signed by Judge Edward J. Davila on 3/25/2022. (ejdlc1, COURT STAFF) (Filed on 3/25/2022) (Entered: 03/25/2022)** |
| 03/25/2022 | 250 | **Order Denying Without Prejudice 243 Administrative Motion to File Under Seal. Signed by Judge Edward J. Davila on 3/25/2022. (ejdlc1, COURT STAFF) (Filed on 3/25/2022) (Entered: 03/25/2022)** |
| 03/25/2022 | 251 | THIRD AMENDED CONSOLIDATED CLASS ACTION COMPLAINT against Dave Anderson, Celestron Acquisition, LLC, Jack Chen, Laurence Huen(Co−Conspirator), Corey Lee, Joseph Lupica, Meade Instruments Corp., Nantong Schmidt Opto−Electrical Technology Co. Ltd., Wenjun Ni, Ningbo Sunny Electronic Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Sunny Optical Technology Co., Ltd., Sunny Optics, Inc., Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, Wang Wenjian. Filed byIndirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 3/25/2022) Modified on 3/28/2022 (mcl, COURT STAFF). (Entered: 03/25/2022) |
| 03/25/2022 | 252 | CERTIFICATE OF SERVICE re 251 Third Amended Complaint by Indirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 3/25/2022) Modified on 3/28/2022 (mcl, COURT STAFF). (Entered: 03/25/2022) |
| 04/05/2022 | 253 | **Order Unsealing Dkt. Nos. [243−3] [243−5] and 251 . Signed by Judge Edward J. Davila on 4/5/2022. (ejdlc1, COURT STAFF) (Filed on 4/5/2022) (Entered: 04/05/2022)** |
| 04/07/2022 | 254 | NOTICE of Appearance by Weixuan Cai (Cai, Weixuan) (Filed on 4/7/2022) (Entered: 04/07/2022) |
| 04/08/2022 | | Electronic filing error. Attorney Weixuan Cai needs to update the profile in the attorney database as the current docket shows that the attorney is with the law firm of London F ischer LLP.. This filing will not be processed by the clerks office. Re 254 |

**6-ER-1095**

| | | |
|---|---|---|
| | | Notice of Appearance. (mcl, COURT STAFF) (Filed on 4/8/2022) (Entered: 04/08/2022) |
| 04/08/2022 | 255 | NOTICE of Appearance by Weixuan Cai (Cai, Weixuan) (Filed on 4/8/2022) (Entered: 04/08/2022) |
| 04/08/2022 | 256 | NOTICE by Dave Anderson, Celestron Acquisition, LLC, Corey Lee, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan *re Withdrawal of Counsel (Amy Rose Cole)* (Lin, Ashlee) (Filed on 4/8/2022) (Entered: 04/08/2022) |
| 04/19/2022 | 257 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−17100311.) filed by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Klembecki, Ryan) (Filed on 4/19/2022) (Entered: 04/19/2022) |
| 04/20/2022 | 258 | STIPULATION WITH PROPOSED ORDER *(Joint Stipulation and [Proposed] Order Regarding Briefing Schedule on Defendants' Anticipated Motion to Dismiss IPPs' Third Amended Complaint)* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 4/20/2022) (Entered: 04/20/2022) |
| 04/20/2022 | 259 | **Order Granting 258 Stipulation re Briefing Schedule on Defendants' Anticipated Motion to Dismiss IPPs' Third Amended Complaint. Signed by Judge Edward J. Davila on 4/20/2022.(ejdlc1, COURT STAFF) (Filed on 4/20/2022) (Entered: 04/20/2022)** |
| 04/22/2022 | 260 | **ORDER Granting 257 Motion for Admission Pro Hac Vice as to Ryan Klembecki. Signed by Judge Edward J. Davila on 4/22/2022. (crr, COURT STAFF) (Filed on 4/22/2022) (Entered: 04/22/2022)** |
| 04/28/2022 | 261 | MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* filed by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. Motion Hearing set for 11/3/2022 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 5/12/2022. Replies due by 5/19/2022. (Frost, Christopher) (Filed on 4/28/2022) (Entered: 04/28/2022) |
| 05/25/2022 | 262 | **Order Re 247 March 21, 2022 Discovery Dispute Re Plaintiffs' Interrogatory to Synta Defendants. Signed by Magistrate Judge Virginia K. DeMarchi on May 25, 2022. (vkdlc1, COURT STAFF) (Filed on 5/25/2022) (Entered: 05/25/2022)** |
| 05/26/2022 | 263 | OPPOSITION/RESPONSE (re 261 MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* ) filed byIndirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 5/26/2022) (Entered: 05/26/2022) |
| 05/31/2022 | 264 | NOTICE of Change In Counsel by Amber Henry (Henry, Amber) (Filed on 5/31/2022) (Entered: 05/31/2022) |
| 05/31/2022 | 265 | NOTICE of Change In Counsel by Ashlee Nicole Lin (Lin, Ashlee) (Filed on 5/31/2022) (Entered: 05/31/2022) |
| 05/31/2022 | 266 | NOTICE of Change In Counsel by Simon J.K. Miller (Miller, Simon) (Filed on 5/31/2022) (Entered: 05/31/2022) |
| 06/09/2022 | 267 | NOTICE of Change In Counsel by Catherine Humphreville (Humphreville, Catherine) (Filed on 6/9/2022) (Entered: 06/09/2022) |
| 06/14/2022 | 268 | REPLY (re 261 MOTION to Dismiss *Lawsuit Pursuant to Fed.R.Civ.P. 12(b)(6)* ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou |

**6-ER-1096**

| | | |
|---|---|---|
| | | Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 6/14/2022) (Entered: 06/14/2022) |
| 07/26/2022 | 269 | MOTION for Entry of Scheduling Order filed by Indirect Purchaser Plaintiffs. Responses due by 8/9/2022. Replies due by 8/16/2022. (Attachments: # 1 Declaration of Alejandra C. Salinas, # 2 Exhibits 1 to 14)(Zapala, Adam) (Filed on 7/26/2022) (Entered: 07/26/2022) |
| 08/04/2022 | 270 | NOTICE of Change of Address by Dennis Stewart (Stewart, Dennis) (Filed on 8/4/2022) (Entered: 08/04/2022) |
| 08/09/2022 | 271 | OPPOSITION/RESPONSE (re 269 MOTION for Entry of Scheduling Order ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Notice of Objection to Consideration of Motion Without Hearing or Reserved Hearing Date)(Frost, Christopher) (Filed on 8/9/2022) (Entered: 08/09/2022) |
| 08/16/2022 | 272 | REPLY (re 269 MOTION for Entry of Scheduling Order ) filed byIndirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 8/16/2022) (Entered: 08/16/2022) |
| 09/23/2022 | 273 | STIPULATION WITH PROPOSED ORDER re Chinese Search Terms filed by Indirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 9/23/2022) (Entered: 09/23/2022) |
| 09/27/2022 | 274 | ADMINISTRATIVE MOTION Request for Status Conference filed by Indirect Purchaser Plaintiffs. Responses due by 10/3/2022. (Attachments: # 1 Declaration of Alejandra C. Salinas, # 2 Exhibit A, # 3 Proposed Order)(Srinivasan, Kalpana) (Filed on 9/27/2022) Modified on 9/27/2022 (mcl, COURT STAFF). (Entered: 09/27/2022) |
| 09/28/2022 | 275 | **Order by Magistrate Judge Virginia K. DeMarchi granting 273 Stipulation and Order re Chinese Search Terms. (vkdlc1, COURT STAFF) (Filed on 9/28/2022)** <br><br> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> **(Entered: 09/28/2022)** |
| 09/30/2022 | 276 | **SCHEDLING ORDER. Signed by Judge Edward J. Davila on 9/30/2022. (crr, COURT STAFF) (Filed on 9/30/2022) (Entered: 09/30/2022)** |
| 10/10/2022 | 277 | Joint Discovery Letter Brief re Productions of Transaction−Level Sales Data filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit 1, # 5 Exhibit 2)(Dallal, James) (Filed on 10/10/2022) (Entered: 10/10/2022) |
| 10/11/2022 | 278 | CLERK'S NOTICE SETTING HEARING. A Discovery Hearing Re Joint Discovery Letter Briefs 277 in 5:20−cv−03639−EJD and 260 in 5:20−cv−03642−EJD is set for 10/20/2022 at 01:30 PM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. This is an in court proceeding. APPEARANCES SHALL BE MADE IN PERSON. <br><br> (This is a text−only entry generated by the court. There is no document associated with this entry.) Documents related: 277 and 260 . (amk, COURT STAFF) (Filed on 10/11/2022) <br><br> Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF) <br><br> (Entered: 10/11/2022) |
| 10/18/2022 | 279 | Ex Parte Application to Continue the October 20, 2022 Discovery Hearing re Transactional Data to November 8, 2022 filed by Dave Anderson, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 |

**6-ER-1097**

| | | |
|---|---|---|
| | | Declaration of Christopher Frost, # 2 Proposed Order)(Frost, Christopher) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/18/2022 | 280 | **ORDER re Dkt. No. 279. The Court is in receipt of defendants' ex parte application to continue the discovery hearing scheduled for October 20, 2022 in Case Nos. 20−cv−03639 and 20−cv−03642 to November 8, 2022. Dkt. No. 279 Plaintiffs are hereby ordered to submit a response to defendants' application by October 19, 2022 at 9:00 am. Signed by Judge Virginia K. DeMarchi on 10/18/2022.**<br><br>***(This is a text−only entry generated by the court. There is no document associated with this entry.)* (vkdlc1, COURT STAFF) (Filed on 10/18/2022) (Entered: 10/18/2022)** |
| 10/18/2022 | 281 | Statement of Non−Opposition re 279 Ex Parte Application *to Continue the October 20, 2022 Discovery Hearing re Transactional Data to November 8, 2022* filed byDirect Purchaser Plaintiffs. (Related document(s) 279 ) (Borden, Matthew) (Filed on 10/18/2022) (Entered: 10/18/2022) |
| 10/19/2022 | 282 | CLERK'S NOTICE RESETTING HEARING. Discovery Hearing Re Joint Discovery Letter Briefs 277 in 5:20−cv−03639−EJD and 260 in 5:20−cv−03642−EJD set for 10/20/2022 is RESET for 11/8/2022 at 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. This is an in court proceeding. APPEARANCES SHALL BE MADE IN PERSON.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amk, COURT STAFF) (Filed on 10/19/2022)<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>(Entered: 10/19/2022) |
| 10/19/2022 | 283 | Joint Discovery Letter Brief *re Improperly Withheld Documents in Defendants' Privilege Log* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit IPP's Exhibit 1, # 2 Exhibit IPP's Exhibit 2, # 3 Exhibit IPP's Exhibit 3, # 4 Exhibit IPP's Exhibit 4, # 5 Exhibit Defendants' Exhibit D−1, # 6 Exhibit Defendants' Exhibit D−2)(Salinas, Alejandra) (Filed on 10/19/2022) (Entered: 10/19/2022) |
| 10/19/2022 | 284 | Joint Discovery Letter Brief *re Insufficient Information in Defendants' Privilege Logs* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit IPP's Exhibit 1, # 2 Exhibit IPP's Exhibit 2, # 3 Exhibit IPP's Exhibit 3, # 4 Exhibit IPP's Exhibit 4, # 5 Exhibit Defendants' Exhibit D−1, # 6 Exhibit Defendants' Exhibit D−2)(Salinas, Alejandra) (Filed on 10/19/2022) (Entered: 10/19/2022) |
| 10/20/2022 | 285 | **ORDER Striking 283 284 October 19, 2022 Discovery Dispute Submissions and Requiring Resubmission. Signed by Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 10/20/2022) (Entered: 10/20/2022)** |
| 10/25/2022 | 286 | MOTION to Withdraw as Attorney *Notice of Withdrawal of Robins Kaplan LLP* filed by James Kaufman. Responses due by 11/8/2022. Replies due by 11/15/2022. (Attachments: # 1 Proposed Order)(Lerner, Kellie) (Filed on 10/25/2022) (Entered: 10/25/2022) |
| 10/28/2022 | 287 | Joint Discovery Letter Brief *re Improperly Withheld Documents in Defendants' Privilege Log* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1)(Salinas, Alejandra) (Filed on 10/28/2022) (Entered: 10/28/2022) |
| 10/28/2022 | 288 | Joint Discovery Letter Brief *re Insufficient Information in Defendants' Privilege Logs* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1)(Salinas, Alejandra) (Filed on 10/28/2022) (Entered: 10/28/2022) |
| 10/28/2022 | 289 | Joint Discovery Letter Brief *re: Machine Translation Dispute re Defendants Sensitive Documents* filed by Direct Purchaser Plaintiffs. (Attachments: # 1 DPP − Exhibit A, # 2 DPP − Exhibit B, # 3 Defendants − Exhibit 1, # 4 Defendants − Exhibit 2, # 5 Defendants − Exhibit 3, # 6 Defendants − Exhibit 4, # 7 Defendants − Exhibit 5, # 8 Defendants − Exhibit 6)(Borden, Matthew) (Filed on 10/28/2022) (Entered: |

**6-ER-1098**

| | | |
|---|---|---|
| | | 10/28/2022) |
| 10/31/2022 | 290 | NOTICE of Change In Counsel by Jon Bernhard Fougner (Fougner, Jon) (Filed on 10/31/2022) (Entered: 10/31/2022) |
| 11/01/2022 | 291 | **CLERKS NOTICE TAKING MOTION UNDER SUBMISSION WITHOUT ORAL ARGUMENT. The Motion to Dismiss (ECF No. 261 ) before Judge Edward J. Davila previously noticed for 11/3/2022 at 9:00 AM has been taken under submission without oral argument pursuant to Civ. L.R. 7−1(b). The 11/3/2022 hearing is VACATED NO APPEARANCE NECESSARY. The Court to issue further Order on the submitted motion.** *(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(crr, COURT STAFF) (Filed on 11/1/2022) (Entered: 11/01/2022)** |
| 11/08/2022 | 292 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing Re Joint Discovery Letter Brief 277 in 5:20−cv−03639−EJD and 260 in 5:20−cv−03642−EJD held on 11/8/2022.<br><br>Court heard oral argument. The Court to issue the order.<br><br>Plaintiffs' Attorney: Ronald Fisher<br>Indirect Purchaser Plaintiffs' Attorney: Alejandra Salinas.<br>Defendant Attorney: Christopher Frost.<br><br>Digital Recording Liberty: 9:58−10:30 AM. Total time:32 Minutes.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amk, COURT STAFF) (Date Filed: 11/8/2022) (Entered: 11/08/2022) |
| 11/09/2022 | 293 | **Order re 277 October 10, 2022 Discovery Dispute. Signed by Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 11/9/2022) (Entered: 11/09/2022)** |
| 11/09/2022 | 294 | **Discovery Management Order and Request for Views re Appointment of Special Master. Signed by Judge Virginia K. DeMarchi on 11/9/2022. (vkdlc1, COURT STAFF) (Filed on 11/9/2022) (Entered: 11/09/2022)** |
| 11/14/2022 | 295 | **Discovery Order re 289 October 28, 2022 Discovery Dispute. Signed by Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 11/14/2022) (Entered: 11/14/2022)** |
| 11/21/2022 | 296 | STATUS REPORT *Joint Report Regarding Views on Whether to Appoint a Special Master for Discovery* by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 11/21/2022) (Entered: 11/21/2022) |
| 11/29/2022 | 297 | **Discovery Order re 287 288 October 28, 2022 Discovery Dispute re Defendants' Privilege Claims. Signed by Magistrate Judge Virginia K. DeMarchi on 11/29/2022. (vkdlc1, COURT STAFF) (Filed on 11/29/2022) (Entered: 11/29/2022)** |
| 11/30/2022 | 298 | **ORDER re Appointment of Special Master. Signed by Judge Virginia K. DeMarchi on 11/30/2022. (vkdlc1, COURT STAFF) (Filed on 11/30/2022) (Entered: 11/30/2022)** |
| 12/05/2022 | 299 | *(Joint Stipulation Regarding Defendants' Consent to the Indirect Purchaser Plaintiffs' Filing of their Fourth Amended Complaint)* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 12/5/2022) Modified on 12/7/2022 (kmg, COURT STAFF). (Entered: 12/05/2022) |
| 12/05/2022 | 300 | Fourth Amended Consolidated Class Action Complaint) against Dave Anderson, Celestron Acquisition, LLC, Jack Chen, Laurence Huen, Corey Lee, Joseph Lupica, Meade Instruments Corp., Nantong Schmidt Opto−Electrical Technology Co. Ltd., Wenjun Ni, Ningbo Sunny Electronic Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Jean Shen, Sylvia Shen, Sunny Optical Technology Co., Ltd., Sunny Optics, Inc., Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, Wang Wenjian. Filed byIndirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 12/5/2022) Modified on 12/7/2022 (kmg, COURT |

**6-ER-1099**

| | | |
|---|---|---|
| | | STAFF). Modified on 12/7/2022 (kmg, COURT STAFF). (Entered: 12/05/2022) |
| 12/21/2022 | 301 | **ORDER Granting 286 Motion for Withdrawal of Robins Kaplan LLP. Attorneys Kellie Lerner and Aaron M. Sheanin terminated. Signed by Judge Edward J. Davila on 12/21/2022. (crr, COURT STAFF) (Filed on 12/21/2022) (Entered: 12/21/2022)** |
| 01/23/2023 | 302 | NOTICE of Appearance by Devin X. Williams (Williams, Devin) (Filed on 1/23/2023) (Entered: 01/23/2023) |
| 02/24/2023 | 303 | NOTICE of Appearance by Elizabeth Tran Castillo (Castillo, Elizabeth) (Filed on 2/24/2023) (Entered: 02/24/2023) |
| 03/01/2023 | 304 | Administrative Motion to File Under Seal filed by Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs. (Attachments: # 1 Declaration of Alejandra C. Salinas, # 2 Proposed Order, # 3 Exhibit Unredacted Version of Motion to Compel, # 4 Exhibit 10 Filed Under Seal, # 5 Exhibit 11 Filed Under Seal, # 6 Exhibit 12 Filed Under Seal, # 7 Exhibit 13 Filed Under Seal, # 8 Exhibit 14 Filed Under Seal, # 9 Exhibit 15 Filed Under Seal, # 10 Exhibit 16 Filed Under Seal, # 11 Exhibit 17 Filed Under Seal, # 12 Exhibit 18 Filed Under Seal, # 13 Exhibit 19 Filed Under Seal)(Salinas, Alejandra) (Filed on 3/1/2023) Modified on 3/2/2023 (mcl, COURT STAFF). (Entered: 03/01/2023) |
| 03/01/2023 | 305 | MOTION to Compel filed by Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs. Responses due by 3/15/2023. Replies due by 3/22/2023. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Proposed Order)(Salinas, Alejandra) (Filed on 3/1/2023) Modified on 3/2/2023 (mcl, COURT STAFF). (Entered: 03/01/2023) |
| 03/01/2023 | 306 | CLERK'S NOTICE CONTINUING HEARING. Status Conference set for 3/2/2023 is Continued to 3/13/2023 at 10:00 AM − Videoconference Only before Judge Edward J. Davila. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Filed on 3/1/2023) (Entered: 03/01/2023) |
| 03/07/2023 | 307 | Joint Discovery Letter Brief filed by Dave Anderson, Celestron Acquisition, LLC, Jack Chen, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd.. (Attachments: # 1 Exhibit Defendants' ex. 1, # 2 Exhibit Defendants' ex. 2)(Frost, Christopher) (Filed on 3/7/2023) (Entered: 03/07/2023) |
| 03/07/2023 | 308 | **DISCOVERY ORDER re 307 March 1, 2023 Discovery Dispute. Signed by Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 3/7/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 03/07/2023)** |
| 03/08/2023 | 309 | STATUS REPORT *(Joint)* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 3/8/2023) (Entered: 03/08/2023) |
| 03/13/2023 | 310 | **Minute Entry for proceedings held before Judge Edward J. Davila: Status Conference held on 3/13/2023.**<br><br>Plaintiff Attorney: Matthew Borden, Ronald Fisher (for Direct Purchaser Pltfs); Alejandra Salinas, Adam Zapala, Lin Chan, James Dallal (for Indirect Purchaser Pltfs).<br>Defendant Attorney: Christopher Frost.<br>Total Time in Court: 56 min (10:08−11:04 AM).<br>Court Reporter: Irene Rodriguez.<br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Date Filed: 3/13/2023) (Entered: 03/13/2023) |

6-ER-1100

| 03/13/2023 | 311 | TRANSCRIPT ORDER for proceedings held on 03/13/2023 before Judge Edward J. Davila by Indirect Purchaser Plaintiffs, for Court Reporter Irene Rodriguez. (Zapala, Adam) (Filed on 3/13/2023) (Entered: 03/13/2023) |
|---|---|---|
| 03/13/2023 | 312 | TRANSCRIPT ORDER for proceedings held on March 13, 2023 before Judge Edward J. Davila by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter Irene Rodriguez. (Frost, Christopher) (Filed on 3/13/2023) (Entered: 03/13/2023) |
| 03/13/2023 | 313 | NOTICE of Appearance by John Desmond Maatta, Jr (Maatta, John) (Filed on 3/13/2023) (Entered: 03/13/2023) |
| 03/13/2023 | | Electronic filing error. **Attorney John Desmond Maatta, Jr. needs to update the profile as the docket shows that his office is located at 15266 Valley Vista Boulevard, Sherman Oaks, CA 91403. Attorneys are reminded to update the ECF account if there's a change of firm name or address.** Re: 313 Notice of Appearance filed by Dave Anderson, David Shen, Pacific Telescope Corp., Olivon Manufacturing Co., Ltd., Synta Canada Int'l Enterprises Ltd., Joseph Lupica, Synta Technology Corp. of Taiwan, Olivon USA, LLC, SW Technology Corporation, Suzhou Synta Optical Technology Co. Ltd., Celestron Acquisition, LLC, Nantong Schmidt Opto Electrical Technology Co., Ltd. (mcl, COURT STAFF) (Filed on 3/13/2023) (Entered: 03/13/2023) |
| 03/15/2023 | 314 | Administrative Motion to File Under Seal *Portions of Defendants' Exhibit 1 Filed with Opposition to Plaintiffs' Motion to Compel Production of Improperly Withheld Documents* filed by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Declaration of Weixuan Cai, # 2 Proposed Order, # 3 Exhibit 1 (Unredacted Version))(Frost, Christopher) (Filed on 3/15/2023) (Entered: 03/15/2023) |
| 03/15/2023 | 315 | OPPOSITION/RESPONSE (re 305 MOTION to Compel ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Declaration of Weixuan Cai, # 2 Exhibit 1 (Redacted Version), # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Frost, Christopher) (Filed on 3/15/2023) (Entered: 03/15/2023) |
| 03/15/2023 | 316 | OPPOSITION/RESPONSE (re 304 Administrative Motion to File Under Seal ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 3/15/2023) (Entered: 03/15/2023) |
| 03/21/2023 | 317 | STIPULATION WITH PROPOSED ORDER re 305 MOTION to Compel *Briefing Schedule re Production of Improperly Withheld Document* filed by Indirect Purchaser Plaintiffs. (Salinas, Alejandra) (Filed on 3/21/2023) (Entered: 03/21/2023) |
| 03/21/2023 | 318 | **Order by Magistrate Judge Virginia K. DeMarchi granting 317 Stipulation. Opposition to Dkt. No. 305 due 3/23/2023. Reply due 3/30/2023. (vkdlc1, COURT STAFF) (Filed on 3/21/2023)**<br><br>Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)<br><br>**(Entered: 03/21/2023)** |
| 03/21/2023 | 319 | NOTICE of Appearance by Joshua Stewart Stambaugh (Stambaugh, Joshua) (Filed on 3/21/2023) (Entered: 03/21/2023) |

**6-ER-1101**

| 03/22/2023 | | Electronic filing error. <b. Attorney Joshua Stewart Stambaugh needs to update the profile as the docket shows that he is with the law firm Costell & Cornelius Law Corporation in Santa Monica. Attorneys are reminded to update the ECF account if there's a change of firm name or address. Re: 319 Notice of Appearance filed by Dave Anderson, David Shen, Pacific Telescope Corp., Olivon Manufacturing Co., Ltd., Synta Canada Int'l Enterprises Ltd., Joseph Lupica, Synta Technology Corp. of Taiwan, Olivon USA, LLC, SW Technology Corporation, Suzhou Synta Optical Technology Co. Ltd., Celestron Acquisition, LLC, Nantong Schmidt Opto Electrical Technology Co., Ltd. (mcl, COURT STAFF) (Filed on 3/22/2023) (Entered: 03/22/2023) |
|---|---|---|
| 03/23/2023 | 320 | Notice of Withdrawal of Motion *314 Administrative Motion to File Under Seal, 315 Opposition to Motion to Compel Improperly Withheld Documents and 316 Response to Plaintiffs' Administrative Motion to File Under Seal* (Frost, Christopher) (Filed on 3/23/2023) (Entered: 03/23/2023) |
| 03/23/2023 | 321 | OPPOSITION/RESPONSE (re 304 Administrative Motion to File Under Seal ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 3/23/2023) (Entered: 03/23/2023) |
| 03/23/2023 | 322 | OPPOSITION/RESPONSE (re 305 MOTION to Compel ) filed byDave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Attachments: # 1 Declaration of Weixuan Cai, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Frost, Christopher) (Filed on 3/23/2023) (Entered: 03/23/2023) |
| 03/30/2023 | 323 | REPLY (re 305 MOTION to Compel ) filed byIndirect Purchaser Plaintiffs. (Salinas, Alejandra) (Filed on 3/30/2023) (Entered: 03/30/2023) |
| 04/05/2023 | 324 | STIPULATION WITH PROPOSED ORDER filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Proposed Order)(Salinas, Alejandra) (Filed on 4/5/2023) (Entered: 04/05/2023) |
| 04/05/2023 | 325 | **ORDER re Further Proceedings re Case No. 20−3642, Dkt. No. 318 . Signed by Magistrate Judge Virginia K. DeMarchi on 4/5/2023. (vkdlc1, COURT STAFF) (Filed on 4/5/2023) (Entered: 04/05/2023)** |
| 04/06/2023 | 326 | **Order by Magistrate Judge Virginia K. DeMarchi granting 324 Stipulation. (vkdlc1, COURT STAFF) (Filed on 4/6/2023) (Entered: 04/06/2023)** |
| 04/06/2023 | 327 | Statement re 325 Order *(Joint Statement Regarding Court−Ordered Meeting Regarding Transactional Data)* by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 4/6/2023) (Entered: 04/06/2023) |
| 04/06/2023 | 328 | **ORDER re Statement at Dkt. No. 327. Signed by Judge Virginia K. DeMarchi on 4/6/2023. (vkdlc1, COURT STAFF) (Filed on 4/6/2023) (Entered: 04/06/2023)** |
| 04/07/2023 | 329 | **ORDER RE DEPOSITIONS. Signed by Judge Edward J. Davila on 4/7/2023. (ejdlc1, COURT STAFF) (Filed on 4/7/2023) (Entered: 04/07/2023)** |
| 04/19/2023 | 330 | Statement re 325 Order *(Joint)* by Direct Purchaser Plaintiffs. (Herington, Ellis) (Filed on 4/19/2023) (Entered: 04/19/2023) |
| 04/20/2023 | 331 | **ORDER re 330 Joint Statement. Signed by Magistrate Judge Virginia K. DeMarchi on 4/20/2023. (vkdlc1, COURT STAFF) (Filed on 4/20/2023) (Entered: 04/20/2023)** |
| 04/25/2023 | 332 | **DISCOVERY ORDER re Further Submission. Signed by Magistrate Judge Virginia K. DeMarchi on 4/25/2023. Defendants' further submission due 4/28/2023. (vkdlc1, COURT STAFF) (Filed on 4/25/2023) (Entered: 04/25/2023)** |

**6-ER-1102**

| 04/28/2023 | 333 | Statement re 332 Order, 305 MOTION to Compel by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan. (Frost, Christopher) (Filed on 4/28/2023) (Entered: 04/28/2023) |
|---|---|---|
| 05/05/2023 | 334 | MOTION for leave to appear in Pro Hac Vice *Richard J. Friedl* ( Filing fee $ 317, receipt number ACANDC−18237646.) Filing fee previously paid on 05/05/2023 filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Certificate/Proof of Service Certificate of Good Standing)(Friedl, Richard) (Filed on 5/5/2023) (Entered: 05/05/2023) |
| 05/08/2023 | 335 | **ORDER Granting 334 Motion for Pro Hac Vice as to Richard J. Friedl. Signed by Judge Edward J. Davila on 5/8/2023. (crr, COURT STAFF) (Filed on 5/8/2023) (Entered: 05/08/2023)** |
| 05/09/2023 | 336 | MOTION for leave to appear in Pro Hac Vice ( Filing fee $ 317, receipt number ACANDC−18246941.) filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Certificate of Good Standing)(Looby, Michelle) (Filed on 5/9/2023) (Entered: 05/09/2023) |
| 05/10/2023 | 337 | **ORDER Granting 336 Motion for Pro Hac Vice as to Michelle Looby. Signed by Judge Edward J. Davila on 5/10/2023. (crr, COURT STAFF) (Filed on 5/10/2023) (Entered: 05/10/2023)** |
| 05/15/2023 | 338 | STATUS REPORT *Joint Status Report Regarding Court−Ordered Meeting Relating to Defendants' Transactional Data* by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A − Data Questions re Celestron)(Dallal, James) (Filed on 5/15/2023) (Entered: 05/15/2023) |
| 05/22/2023 | 339 | STIPULATION WITH PROPOSED ORDER *Regarding Case Schedule Governing Indirect Purchaser Plaintiffs' Action* filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 5/22/2023) (Entered: 05/22/2023) |
| 06/01/2023 | 340 | **Minute Entry for proceedings held before Judge Edward J. Davila: Status Conference re Proposed Case Schedule Governing Indirect Purchaser Plaintiffs' Action held on 6/1/2023.**<br><br>Court will set Class Certification Motion Hearing for 9/26/2024 at 9:00 AM and a Status Conference for 10/24/2024 at 10:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Joint Status Report will be due by 10/11/2024. Order to issue.<br><br>Total Time in Court: 3 min (10:18−10:21 AM).<br>Court Reporter: Irene Rodriguez.<br>Plaintiff Attorney: Lin Yee Chan, Matthew Borden.<br>Defendant Attorney: John Maatta.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Date Filed: 6/1/2023) (Entered: 06/01/2023) |
| 06/01/2023 | 341 | NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CHANGE OF ADDRESS OF COUNSEL by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan (Frost, Christopher) (Filed on 6/1/2023) (Entered: 06/01/2023) |
| 06/01/2023 | 342 | NOTICE OF CHANGE OF LAW FIRM AFFILIATION AND CHANGE OF ADDRESS OF COUNSEL by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan (Maatta, John) (Filed on 6/1/2023) (Entered: 06/01/2023) |

| | | |
|---|---|---|
| 06/07/2023 | 343 | **FURTHER ORDER re Case No. 20−cv−3642 Dkt. Nos. 318 408 . Signed by Magistrate Judge Virginia K. DeMarchi on 6/7/2023. (vkdlc1, COURT STAFF) (Filed on 6/7/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/07/2023)** |
| 06/14/2023 | 344 | STATUS REPORT *(Joint) Re: Defendants' Transactional Data* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 6/14/2023) (Entered: 06/15/2023) |
| 06/15/2023 | 345 | **ORDER Granting 339 *As Amended* Stipulation Regarding Case Schedule Governing Indirect Purchaser Plaintiffs' Action. Signed by Judge Edward J. Davila on 6/15/2023. (ejdlc1, COURT STAFF) (Filed on 6/15/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/15/2023)** |
| 06/15/2023 | 346 | **FURTHER ORDER re Dkt. Nos. 318 & 420 . Signed by Magistrate Judge Virginia K. DeMarchi on 6/15/2023. (vkdlc1, COURT STAFF) (Filed on 6/15/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 06/15/2023)** |
| 06/16/2023 | | Set Deadlines/Hearings per 345 Order: Close of Expert Discovery 4/26/2024. Close of Fact Discovery 10/2/2023. Motions for Class Certification and Daubert Motions due by 5/31/2024. Opening Reports due by 12/8/2023. Rebuttal Reports due by 3/15/2024. (crr, COURT STAFF) (Filed on 6/16/2023) (Entered: 06/16/2023) |
| 06/30/2023 | 347 | JOINT STATUS REPORT *Re: Defendant's Transactional Data* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 6/30/2023) Modified on 7/3/2023 (kmg, COURT STAFF). (Entered: 06/30/2023) |
| 07/03/2023 | 348 | **ORDER re 429 Status Report. A discovery conference is set for 7/18/2023 at 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. (vkdlc1, COURT STAFF) (Filed on 7/3/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/03/2023)** |
| 07/17/2023 | 349 | NOTICE of Appearance by Thomas Kay Boardman (Boardman, Thomas) (Filed on 7/17/2023) (Entered: 07/17/2023) |
| 07/18/2023 | 350 | **ORDER re Further Proceedings re Production of Transactional Data. Signed by Magistrate Judge Virginia K. DeMarchi on 7/18/2023. (vkdlc1, COURT STAFF) (Filed on 7/18/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/18/2023)** |
| 07/18/2023 | 351 | **ORDER Setting Discovery Conference re Depositions. Signed by Magistrate Judge Virginia K. DeMarchi on 7/18/2023. (vkdlc1, COURT STAFF) (Filed on 7/18/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/18/2023)** |

**6-ER-1104**

| 07/18/2023 | | Set/Reset Hearing Discovery Conference set for 8/1/2023 at 10:00 AM in San Jose, Courtroom 2, 5th Floor before Magistrate Judge Virginia K. DeMarchi. See Dkt. No. 440 in No. 20−cv−3642; Dkt. No. 351 in No. 20−cv−3639. (vkdlc1, COURT STAFF) (Filed on 7/18/2023) (Entered: 07/18/2023) |
|---|---|---|
| 07/18/2023 | 352 | **Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing held on 7/18/2023.**<br><br>The Court heard oral argument. The Court to issue the Order.<br><br>Plaintiff Attorney: Alejandra Salinas and Adam Zapala for Indirect Purchaser.<br>Plaintiff Attorney: Matt Borden and Ronald Fisher for Direct Purchaser<br>Defendant Attorney: Josh Stambaugh.<br><br>No Court Reporter. Digital Recording Time, Liberty: 9:58−10:47 am. Total: 49 Minutes.<br><br>(This is a text−only entry generated by the court. There is no document associated with this entry.) (sfb, COURT STAFF) (Date Filed: 7/18/2023) (Entered: 07/18/2023) |
| 07/20/2023 | 353 | **ORDER Requesting Supplemental Submission re 305 Motion to Compel. Signed by Magistrate Judge Virginia K. DeMarchi on 7/20/2023. (vkdlc1, COURT STAFF) (Filed on 7/20/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/20/2023)** |
| 07/27/2023 | 354 | Transcript of Proceedings held on July 18, 20223, before Judge Virginia K. DeMarchi. Court Reporter/Transcriber Joan Marie Columbini, telephone number 510−367−3043. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (449 in 5:20−cv−03642−EJD) Transcript Order, (450 in 5:20−cv−03642−EJD) Transcript Order,, ) Redaction Request due 8/17/2023. Redacted Transcript Deadline set for 8/28/2023. Release of Transcript Restriction set for 10/25/2023. (Columbini, Joan) (Filed on 7/27/2023) (Entered: 07/27/2023) |
| 07/29/2023 | 355 | STATUS REPORT *(Joint) Re: Defendant's Transactional Data* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 7/29/2023) (Entered: 07/29/2023) |
| 07/31/2023 | 356 | **Order for Further Submission re August 1, 2023 Discovery Hearing. By 4:00 p.m. on July 31, 2023, defendants must file a copy of their most recent supplemental response to IPPs Interrogatory No. 5. Signed by Magistrate Judge Virginia K. DeMarchi on 7/31/23. (vkdlc1, COURT STAFF) (Filed on 7/31/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/31/2023)** |
| 07/31/2023 | 357 | **The parties must be prepared to discuss the status of the defendants' production of transactional data at the 8/1/2023 discovery conference, including the matters described in the joint status report filed on 7/29/2023. (20−cv−3639 Dkt. No. 355 ; 20−cv−3642 Dkt. No. 453 ) Signed by Magistrate Judge Virginia K. DeMarchi on 7/31/2023.**<br><br>***(This is a text−only entry generated by the court. There is no document associated with this entry.)* (vkdlc1, COURT STAFF) (Filed on 7/31/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 07/31/2023)** |

**6-ER-1105**

| 07/31/2023 | 358 | STATUS REPORT *(Joint) Pursuant to July 18, 2023 Order Setting Discovery Conference Re Depositions* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 7/31/2023) (Entered: 07/31/2023) |
|---|---|---|
| 08/01/2023 | 359 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing re: Joint Discovery Letter 351 brief in case 5:20−cv−03639−EJD; Joint discovery Letter 435 and 438 briefs in case 5:20−cv−03642−EJD; and other related discovery issues held on 8/1/2023.<br><br>The Court heard oral arguments and will issue orders.<br><br>Plaintiff Attorney: Matthew Borden, Ronald Fisher, James Dallal.<br>Defendant Attorney: Christopher Frost, John Maatta.<br><br>No Court Reporter. Digital Recording Liberty: 10:20am−12:02pm. Total time: 1 Hour and 42 Minutes.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amk, COURT STAFF) (Date Filed: 8/1/2023) (Entered: 08/01/2023) |
| 08/01/2023 | 360 | TRANSCRIPT ORDER for proceedings held on 8/1/2023 before Magistrate Judge Virginia K. DeMarchi by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter not listed − San Jose. (Frost, Christopher) (Filed on 8/1/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 8/1/2023 (kab, COURT STAFF). (Entered: 08/01/2023) |
| 08/01/2023 | 361 | **Order re Deposition Scheduling. Signed by Magistrate Judge Virginia K. DeMarchi on 8/1/2023. (vkdlc1, COURT STAFF) (Filed on 8/1/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 08/01/2023)** |
| 08/01/2023 | 362 | **Order re Further Proceedings re Defendants' Production of Transactional Data. Signed by Magistrate Judge Virginia K. DeMarchi on 8/1/2023. (vkdlc1, COURT STAFF) (Filed on 8/1/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 08/01/2023)** |
| 08/04/2023 | 363 | NOTICE by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto−Electrical Technology Co. Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan *Notice of Submission* (Attachments: # 1 Privilege Log re 37 submitted for In Camera Review)(Frost, Christopher) (Filed on 8/4/2023) (Entered: 08/04/2023) |
| 08/08/2023 | 364 | Transcript of Proceedings held on 08/01/23, before Judge Magistrate Judge Virginia DeMarchi. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 10:20 − 12:02. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (466 in 5:20−cv−03642−EJD) Transcript Order, ) Redaction Request due 8/29/2023. Redacted Transcript Deadline set for 9/8/2023. Release of Transcript Restriction set for 11/6/2023. (Jauregui, Tara) (Filed on 8/8/2023) (Entered: 08/08/2023) |

**6-ER-1106**

| 08/09/2023 | 365 | TRANSCRIPT ORDER for proceedings held on 8/1/2023 before Magistrate Judge Virginia K. DeMarchi by Indirect Purchaser Plaintiffs, for Court Reporter not listed − San Jose. (Chan, Lin) (Filed on 8/9/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 8/9/2023 (kab, COURT STAFF). (Entered: 08/09/2023) |
|---|---|---|
| 08/09/2023 | 366 | TRANSCRIPT ORDER for proceedings held on August 1, 2023 before Magistrate Judge Virginia K. DeMarchi by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter not listed − San Jose. (Frost, Christopher) (Filed on 8/9/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 8/9/2023 (kab, COURT STAFF). (Entered: 08/09/2023) |
| 08/11/2023 | 367 | STIPULATION WITH PROPOSED ORDER *EXTENDING DEADLINE FOR JOINT STATUS REPORT* filed by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 8/11/2023) (Entered: 08/11/2023) |
| 08/14/2023 | 368 | **Order by Magistrate Judge Virginia K. DeMarchi granting 367 Stipulation in case 5:20−cv−03639−EJD; 470 Stipulation in case 5:20−cv−03642−EJD. Signed on 8/14/2023. (vkdlc1, COURT STAFF) (Filed on 8/14/2023)** <br><br> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 08/14/2023)** |
| 08/16/2023 | 369 | STATUS REPORT *Joint Report re Scheduling Outstanding Depositions* by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 8/16/2023) (Entered: 08/16/2023) |
| 08/16/2023 | 370 | STATUS REPORT *Joint Report re Defendants' Production of Celestron's Profit Margin Data* by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 8/16/2023) (Entered: 08/16/2023) |
| 08/17/2023 | 371 | **Further Order re Deposition Scheduling. Signed by Magistrate Judge Virginia K. DeMarchi on 8/17/2023. (vkdlc1, COURT STAFF) (Filed on 8/17/2023)** <br><br> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 08/17/2023)** |
| 08/17/2023 | 372 | **Further Order re Defendants' Production of Transactional Data. A discovery conference is set for 8/29/2023 at 10:00 AM in San Jose, Courtroom 2, 5th Floor. Signed by Magistrate Judge Virginia K. DeMarchi on 8/17/2023. (vkdlc1, COURT STAFF) (Filed on 8/17/2023)** <br><br> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 08/17/2023)** |
| 08/18/2023 | 373 | **Civil Minute Order re Mid−Deposition Dispute by Magistrate Judge Virginia K. DeMarchi on 8/18/2023. (vkdlc1, COURT STAFF) (Filed on 8/18/2023)** <br><br> **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)** <br><br> **(Entered: 08/18/2023)** |
| 08/24/2023 | 374 | STATUS REPORT *(Joint) Re: Deposition Scheduling* by Direct Purchaser Plaintiffs. (Fisher, Ronald) (Filed on 8/24/2023) (Entered: 08/24/2023) |
| 08/29/2023 | 375 | Minute Entry for proceedings held before Magistrate Judge Virginia K. DeMarchi: Discovery Hearing and other related discovery matters held on 8/29/2023. <br><br> The Court heard oral arguments and to issue order. |

| | | |
|---|---|---|
| | | Plaintiff Attorney: Matthew Borden, Ronald Fisher, Lin Chan, James Dallal. Defendant Attorney: Joshua Stambaugh.<br><br>NO Court Reporter. Digital Recording Liberty: 10:56−12:05 p.m. Total time: 1 Hour. 9 Minutes.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (amk, COURT STAFF) (Date Filed: 8/29/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 10/25/2023 (kab, COURT STAFF). (Entered: 08/29/2023) |
| 08/29/2023 | 376 | TRANSCRIPT ORDER for proceedings held on 08/29/23 before Magistrate Judge Virginia K. DeMarchi by Indirect Purchaser Plaintiffs, for Court Reporter Recorded Proceeding − San Jose. (Chan, Lin) (Filed on 8/29/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 8/29/2023 (kab, COURT STAFF). (Entered: 08/29/2023) |
| 08/29/2023 | 377 | **Order re Deposition−Related Disputes and Scheduling. Signed by Magistrate Judge Virginia K. DeMarchi on 8/29/2023. (vkdlc1, COURT STAFF) (Filed on 8/29/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 08/29/2023)** |
| 08/29/2023 | 378 | **Second Order re Further Proceedings re Defendants' Production of Transactional Data. Signed by Magistrate Judge Virginia K. DeMarchi on 8/29/2023. (vkdlc1, COURT STAFF) (Filed on 8/29/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 08/29/2023)** |
| 08/30/2023 | 379 | TRANSCRIPT ORDER for proceedings held on August 29, 2023 before Magistrate Judge Virginia K. DeMarchi by Dave Anderson, Celestron Acquisition, LLC, Joseph Lupica, Nantong Schmidt Opto Electrical Technology Co., Ltd., Olivon Manufacturing Co., Ltd., Olivon USA, LLC, Pacific Telescope Corp., SW Technology Corporation, David Shen, Suzhou Synta Optical Technology Co. Ltd., Synta Canada Int'l Enterprises Ltd., Synta Technology Corp. of Taiwan, for Court Reporter Recorded Proceeding − San Jose. (Stambaugh, Joshua) (Filed on 8/30/2023) **Transcriber − Tara Jauregui, email: echoreporting@yahoo.com** Modified on 8/31/2023 (kab, COURT STAFF). (Entered: 08/30/2023) |
| 09/01/2023 | 380 | STATUS REPORT *(Joint) Re: Deposition Scheduling* by Direct Purchaser Plaintiffs. (Attachments: # 1 Attachment 1, # 2 Attachment 2)(Fisher, Ronald) (Filed on 9/1/2023) (Entered: 09/01/2023) |
| 09/05/2023 | 381 | Transcript of Proceedings held on 08/29/23, before Judge Magistrate Judge Virginia K. DeMarchi. Court Reporter/Transcriber Echo Reporting, Inc., telephone number echoreporting@yahoo.com. Tape Number: 10:56 − 12:05. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter/Transcriber until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. (Re (376 in 5:20−cv−03639−EJD) Transcript Order, ) Redaction Request due 9/26/2023. Redacted Transcript Deadline set for 10/6/2023. Release of Transcript Restriction set for 12/4/2023. (Jauregui, Tara) (Filed on 9/5/2023) (Entered: 09/05/2023) |
| 09/05/2023 | 382 | NOTICE of Appearance by Lawrence J.H. Liu (Liu, Lawrence) (Filed on 9/5/2023) (Entered: 09/05/2023) |
| 09/06/2023 | 383 | **Further Order re Deposition−Related Disputes and Scheduling. Signed by Magistrate Judge Virginia K. DeMarchi on 9/6/2023. (vkdlc1, COURT STAFF) (Filed on 9/6/2023)** |

**6-ER-1108**

| | | |
|---|---|---|
| | | **Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/06/2023)** |
| 09/08/2023 | 384 | STIPULATION WITH PROPOSED ORDER *(Notice of Settlement and Stipulation and [Proposed] Order re Deadlines in Indirect Purchaser Action in Light of Settlement)* filed by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 9/8/2023) (Entered: 09/08/2023) |
| 09/18/2023 | 385 | STATUS REPORT *Indirect Purchaser Plaintiffs and Synta Defendants' Status Update Regarding Ningbo Sunny* by Indirect Purchaser Plaintiffs. (Dallal, James) (Filed on 9/18/2023) (Entered: 09/18/2023) |
| 09/19/2023 | 386 | **ORDER Granting 384 Stipulation Staying Deadlines and Discovery in IPP Action Pending Settlement. Signed by Judge Edward J. Davila on 9/19/2023. (ejdlc1, COURT STAFF) (Filed on 9/19/2023)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 09/19/2023)** |
| 11/07/2023 | 387 | Notice Regarding Proposed Settlement Agreement by Indirect Purchaser Plaintiffs (Zapala, Adam) (Filed on 11/7/2023) Modified on 11/8/2023 (kmg, COURT STAFF). (Entered: 11/07/2023) |
| 02/13/2024 | 388 | **ORDER denying 305 Plaintiffs' Motion to Compel Production of Documents Withheld as Privileged; granting 304 & 321 Administrative Motion to Seal. Signed by Magistrate Judge Virginia K. DeMarchi on 2/13/2024. (vkdlc1, COURT STAFF) (Filed on 2/13/2024)**<br><br>**Any non−CM/ECF Participants have been served by First Class Mail to the addresses of record listed on the Notice of Electronic Filing (NEF)**<br><br>**(Entered: 02/13/2024)** |
| 09/16/2024 | 389 | MOTION for Settlement *Notice of Motion and Motion for Preliminary Approval of Settlement and Issuance of Notice* filed by Indirect Purchaser Plaintiffs. Motion for Settlement Hearing set for 10/31/2024 09:00 AM in San Jose, Courtroom 4, 5th Floor. Responses due by 9/30/2024. Replies due by 10/7/2024. (Attachments: # 1 Proposed Order)(Srinivasan, Kalpana) (Filed on 9/16/2024) (Entered: 09/16/2024) |
| 09/16/2024 | 390 | Declaration of Alejandra C. Salinas in Support of 389 MOTION for Settlement *Notice of Motion and Motion for Preliminary Approval of Settlement and Issuance of Notice* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, Settlement Agreement)(Related document(s) 389 ) (Srinivasan, Kalpana) (Filed on 9/16/2024) (Entered: 09/16/2024) |
| 09/16/2024 | 391 | Declaration of Carla A. Peak in Support of 389 MOTION for Settlement *Notice of Motion and Motion for Preliminary Approval of Settlement and Issuance of Notice* filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E)(Related document(s) 389 ) (Srinivasan, Kalpana) (Filed on 9/16/2024) (Entered: 09/16/2024) |
| 10/18/2024 | 392 | NOTICE by Indirect Purchaser Plaintiffs re 389 MOTION for Settlement *Notice of Motion and Motion for Preliminary Approval of Settlement and Issuance of Notice INDIRECT PURCHASER PLAINTIFFS' NOTICE OF NON−OPPOSITION TO MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND ISSUANCE OF NOTICE* (Zapala, Adam) (Filed on 10/18/2024) (Entered: 10/18/2024) |
| 10/31/2024 | 393 | **Minute Entry for proceedings held before Judge Edward J. Davila: Motion Hearing held on 10/31/2024 re 389 Motion for Preliminary Approval of Settlement. The Court finds that the Rule 23 factors have been met, and the Court will grant preliminary approval. Counsel to submit revised Proposed Order and Notice to the Court. Order to issue.** |

**6-ER-1109**

| | | |
|---|---|---|
| | | Total Time in Court: 30 min (9:20−9:50 AM).<br>Court Reporter: Irene Rodriguez.<br><br>Plaintiff Attorney: Adam Zapala (for Indirect Purchaser Plaintiffs).<br>Defendant Attorney: Christopher Frost, Joshua Stambaugh.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Date Filed: 10/31/2024) (Entered: 10/31/2024) |
| 10/31/2024 | 394 | TRANSCRIPT ORDER for proceedings held on 10/31/2024 before Judge Edward J. Davila by Indirect Purchaser Plaintiffs, for Court Reporter Irene Rodriguez. (Zapala, Adam) (Filed on 10/31/2024) (Entered: 10/31/2024) |
| 11/01/2024 | 395 | Transcript of Proceedings held on 10/31/2024, before Judge Davila. Court Reporter Irene L. Rodriguez, email address Irene_Rodriguez@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 1/30/2025. (Rodriguez, Irene) (Filed on 11/1/2024) (Entered: 11/01/2024) |
| 11/04/2024 | 396 | NOTICE of Change in Counsel: Attorney James G. Dallal no longer representing Indirect Purchaser Plaintiffs in this case (Zapala, Adam) (Filed on 11/4/2024) (Entered: 11/04/2024) |
| 11/04/2024 | 397 | **ORDER PRELIMINARILY APPROVING 389 CLASS ACTION SETTLEMENT AND ISSUING NOTICE. Fairness Hearing set for 4/3/2025, at 9:00 AM in San Jose, Courtroom 4, 5th Floor. Signed by Judge Edward J. Davila on 11/4/2024.(crr, COURT STAFF) (Filed on 11/4/2024) (Entered: 11/04/2024)** |
| 01/09/2025 | 398 | MOTION for Attorney Fees, Reimbursement of Costs and Service Awards; Memorandum of Points and Authorities filed by Indirect Purchaser Plaintiffs. Motion for Attorney Fees Hearing set for 4/3/2025 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 1/23/2025. Replies due by 1/30/2025. (Attachments: # 1 Joint Declaration of Kalpana Srinivasan, Lin Y. Chan and Adam J. Zapala, # 2 Proposed Order) (Srinivasan, Kalpana) (Filed on 1/9/2025) (Entered: 01/09/2025) |
| 02/12/2025 | 399 | OBJECTIONS to the Settlement submitted by Elman Barnes. (Attachments: # 1 Cover Letter) (gba, COURT STAFF) (Filed on 2/12/2025) (Entered: 02/12/2025) |
| 02/13/2025 | 400 | OBJECTIONS to re 397 Order on Motion for Settlement, *(Conditional)* by Jason Steele, Pioneer Cycling & Fitness LLP. (Attachments: # 1 Declaration of Matthew Borden in Support of Conditional Objection to Class Action Settlement, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31, # 33 Exhibit 32, # 34 Exhibit 33, # 35 Exhibit 34, # 36 Exhibit 35, # 37 Exhibit 36, # 38 Exhibit 37, # 39 Exhibit 38, # 40 Exhibit 39, # 41 Exhibit 40, # 42 Exhibit 41, # 43 Exhibit 42, # 44 Exhibit 43, # 45 Exhibit 44, # 46 Exhibit 45, # 47 Exhibit 46, # 48 Exhibit 47, # 49 Exhibit 48, # 50 Exhibit 49, # 51 Exhibit 50, # 52 Exhibit 51, # 53 Exhibit 52, # 54 Exhibit 53, # 55 Exhibit 54, # 56 Exhibit 55, # 57 Exhibit 56, # 58 Exhibit 57, # 59 Exhibit 58, # 60 Exhibit 59, # 61 Exhibit 60, # 62 Exhibit 61, # 63 Exhibit 62, # 64 Exhibit 63, # 65 Exhibit 64, # 66 Exhibit 65, # 67 Exhibit 66, # 68 Exhibit 67, # 69 Exhibit 68, # 70 Exhibit 69, # 71 Exhibit 70, # 72 Exhibit 71, # 73 Exhibit 72, # 74 Exhibit 73, # 75 Exhibit 74, # 76 Exhibit 75, # 77 Exhibit 76, # 78 Exhibit 77, # 79 Exhibit 78, # 80 Exhibit 79, # 81 Exhibit 80, # 82 Exhibit 81, # 83 Exhibit 82, # 84 Exhibit 83, # 85 Exhibit 84, # 86 Exhibit 85, # 87 Exhibit 86, # 88 Exhibit 87, # 89 Exhibit 88, # 90 Exhibit 89, # 91 Exhibit 90, # 92 Exhibit 91, # 93 Exhibit 92, # 94 Exhibit 93, # 95 Exhibit 94, # 96 Exhibit 95, # 97 Exhibit 96, # 98 Exhibit 97, # 99 Exhibit 98)(Borden, Matthew) (Filed on 2/13/2025) (Entered: 02/13/2025) |

**6-ER-1110**

| 02/14/2025 | 401 | OBJECTIONS to the Settlement submitted by K.Luna. (Attachments: # 1 Envelope) (gba, COURT STAFF) (Filed on 2/14/2025) (Entered: 02/14/2025) |
|---|---|---|
| 02/19/2025 | 402 | OBJECTIONS to the Settlement by Pat Zhen. (Attachments: # 1 Envelope) (gba, COURT STAFF) (Filed on 2/19/2025) (Entered: 02/19/2025) |
| 02/26/2025 | 403 | OBJECTIONS Letter dated 2/13/2025 from Mike Sussman. (gba, COURT STAFF) (Filed on 2/26/2025) Modified on 2/27/2025 (crr, COURT STAFF). (Entered: 02/27/2025) |
| 02/28/2025 | 404 | MOTION for Final Approval of Settlement; and Memorandum of Points and Authorities filed by Indirect Purchaser Plaintiffs. Motion for Settlement Hearing set for 4/3/2025 09:00 AM in San Jose, Courtroom 4, 5th Floor. Responses due by 3/14/2025. Replies due by 3/21/2025. (Attachments: # 1 Declaration of Kalpana Srinivasan, # 2 Exhibit A − Srinivasan Decl., # 3 Declaration of Angelique Dizon, # 4 Proposed Order) (Srinivasan, Kalpana) (Filed on 2/28/2025) (Entered: 02/28/2025) |
| 03/13/2025 | 405 | RESPONSE (re 404 MOTION for Final Approval of Settlement) and Partial Withdrawal of Objections to the Settlement and the Administration thereof submitted by Elman Barnes. (Attachments: # 1 Envelope) (gba, COURT STAFF) (Filed on 3/13/2025) (Entered: 03/13/2025) |
| 03/20/2025 | 406 | RESPONSE re 404 MOTION for Final Approval of Settlement submitted by K. Luna. (gba, COURT STAFF) (Filed on 3/20/2025) (Entered: 03/21/2025) |
| 03/21/2025 | 407 | REPLY (re 404 MOTION for Final Approval of Settlement ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Declaration)(Srinivasan, Kalpana) (Filed on 3/21/2025) (Entered: 03/21/2025) |
| 03/26/2025 | 408 | Reply in Support of Objections to the Settlement filed by Objector Pat Zhen. (Attachments: # 1 Envelope) (gba, COURT STAFF) (Filed on 3/26/2025) (Entered: 03/26/2025) |
| 03/27/2025 | 409 | ADMINISTRATIVE MOTION to Appear at Fairness Hearing by Jason Steele, Pioneer Cycling & Fitness LLP. Response due by 3/31/2025. (Attachments: # 1 Proposed Order Granting Conditional Objectors Jason Steele and Pioneer Cycling & Fitness LLP's Request To Appear at Fairness Hearing)(Borden, Matthew) (Filed on 3/27/2025) Modified on 3/28/2025 (crr, COURT STAFF). (Entered: 03/27/2025) |
| 03/31/2025 | 410 | INDIRECT PURCHASER PLAINTIFFS OPPOSITION TO CONDITIONAL OBJECTORS JASON STEELE AND PIONEER CYCLING & FITNESS LLPS REQUEST TO APPEAR AT FAIRNESS HEARING (re 409 ADMINISTRATIVE MOTION ) *REQUEST TO APPEAR AT FAIRNESS HEARING* filed by Indirect Purchaser Plaintiffs. (Srinivasan, Kalpana) (Filed on 3/31/2025) Modified on 4/3/2025 (kmg, COURT STAFF). (Entered: 03/31/2025) |
| 03/31/2025 | 411 | RESPONSE re 410 Opposition/Response to Motion *Requesting to Appear at Hearing* by Jason Steele, Pioneer Cycling & Fitness LLP. (Attachments: # 1 Declaration of Jason Steele)(Borden, Matthew) (Filed on 3/31/2025) (Entered: 03/31/2025) |
| 04/02/2025 | 412 | **ORDER GRANTING *AS MODIFIED* 409 REQUEST TO APPEAR AT FAIRNESS HEARING. Signed by Judge Edward J. Davila on 4/2/2025. (ejdlc3, COURT STAFF) (Filed on 4/2/2025) (Entered: 04/02/2025)** |
| 04/02/2025 | 413 | NOTICE of Appearance filed by Yekaterina Kushnir on behalf of Jason Steele, Pioneer Cycling & Fitness LLP (Kushnir, Yekaterina) (Filed on 4/2/2025) (Entered: 04/02/2025) |
| 04/02/2025 | 414 | NOTICE of Appearance filed by Andrew Levine on behalf of Jason Steele, Pioneer Cycling & Fitness LLP (Levine, Andrew) (Filed on 4/2/2025) (Entered: 04/02/2025) |
| 04/03/2025 | 415 | **Minute Entry for proceedings held before Judge Edward J. Davila: Motion Hearing held on 4/3/2025 re 404 Motion for Final Approval of Settlement and 398 Motion for Attorney Fees, Reimbursement of Costs and Service Awards.**<br><br>The Court hears Objections of DPP Conditional Objectors Steele and Pioneer Cycling & Fitness LLP. The Court OVERRULES the objections of the DPP. The Court has reviewed the remaining Objections and OVERRULES said Objections. |

The Court finds the Rule 23 Factors have been met, finds the settlement to be fair, reasonable and adequate, and GRANTS Final class representatives to each $3000 as service awards. Administrator fees granted. The relief requested. The Court GRANTS the request for attorneys fees, expenses and service awards. Order to Issue.

Total Time in Court: 46 min (9:03−9:49 AM).
Court Reporter: Irene Rodriguez.

IPP Attorneys: Adam Zapala, Kalpana Srinivasan, Elizabeth Castillo.
Defendant Attorneys: John Maata, Lawrence Liu.
DPP Objectors Attorney: Matthew Borden.

*(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Date Filed: 4/3/2025) (Entered: 04/03/2025)

| | | |
|---|---|---|
| 04/04/2025 | 416 | TRANSCRIPT ORDER for proceedings held on 04/03/2025 before Judge Edward J. Davila by Indirect Purchaser Plaintiffs, for Court Reporter Irene Rodriguez. (Zapala, Adam) (Filed on 4/4/2025) (Entered: 04/04/2025) |
| 04/09/2025 | 417 | Transcript of Proceedings held on 04/03/2025, before Judge Davila. Court Reporter Irene L. Rodriguez, email address Irene_Rodriguez@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 7/8/2025. (Rodriguez, Irene) (Filed on 4/9/2025) (Entered: 04/09/2025) |
| 04/09/2025 | 418 | TRANSCRIPT ORDER for proceedings held on April 3, 2025 before Judge Edward J. Davila by Jason Steele, Pioneer Cycling & Fitness LLP, for Court Reporter Irene Rodriguez. (Borden, Matthew) (Filed on 4/9/2025) (Entered: 04/09/2025) |
| 04/11/2025 | 419 | **ORDER GRANTING 404 MOTION FOR FINAL APPROVAL; GRANTING 398 MOTION FOR ATTORNEYS FEES, EXPENSES, AND SERVICE AWARDS. Signed by Judge Edward J. Davila on 4/11/2025.**<br><br>Post−Distribution Accounting due by 1/12/2026. Compliance Hearing set for 1/22/2026 at 9:00 AM in San Jose, Courtroom 4, 5th Floor.<br><br>(ejdlc3, COURT STAFF) (Filed on 4/11/2025) Modified on 4/11/2025 (crr, COURT STAFF). (Entered: 04/11/2025) |
| 04/11/2025 | 420 | **JUDGMENT. Signed by Judge Edward J. Davila on 4/11/2025. (ejdlc3, COURT STAFF) (Filed on 4/11/2025) (Entered: 04/11/2025)** |
| 05/05/2025 | 421 | NOTICE OF APPEAL to the 9th Circuit Court of Appeals filed by Pat Zhen, Karla Luna, Elman Barnes, Mike Sussman. Appeal of Judgment 420 , Order on Motion for Attorney Fees, 419 (Appeal fee not paid) (Attachments: # 1 Envelope) (gba, COURT STAFF) (Filed on 5/5/2025) (Entered: 05/06/2025) |
| 05/14/2025 | 422 | USCA Case Number **2025−3098** for 421 Notice of Appeal to the Ninth Circuit, filed by Pat Zhen, Mike Sussman, Elman Barnes, Karla Luna. (gba, COURT STAFF) (Filed on 5/14/2025) (Entered: 05/14/2025) |
| 05/28/2025 | 423 | TRANSCRIPT ORDER for proceedings held on 4/3/2025 before Judge Edward J. Davila for Court Reporter Irene Rodriguez (sp, COURT STAFF) (Filed on 5/28/2025) (Entered: 05/28/2025) |
| 05/30/2025 | 424 | USCA Appeal Fees received $ 605 receipt number 311173028 re 421 Notice of Appeal to the Ninth Circuit, filed by Pat Zhen, Mike Sussman, Elman Barnes, Karla Luna (pjf, COURT STAFF) (Filed on 5/30/2025) (Entered: 05/30/2025) |
| 06/23/2025 | 425 | STIPULATION WITH PROPOSED ORDER re 420 Judgment *JOINT STIPULATION AND [PROPOSED] AMENDED JUDGMENT OF DISMISSAL WITH PREJUDICE* filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit 1 − Settlement Agreement, # 2 Exhibit 2 − Opt−Out List)(Chan, Lin) (Filed on 6/23/2025) (Entered: |

**6-ER-1112**

| | | |
|---|---|---|
| | | 06/23/2025) |
| 06/23/2025 | 426 | **ORDER GRANTING 425 STIPULATION TO ENTER AMENDED JUDGMENT; AMENDED JUDGMENT OF DISMISSAL WITH PREJUDICE. Signed by Judge Edward J. Davila on 6/23/2025. (ejdlc3, COURT STAFF) (Filed on 6/23/2025) (Entered: 06/23/2025)** |
| 06/28/2025 | 427 | TRANSCRIPT ORDER for proceedings held on 04/03/2025 before Judge Edward J. Davila by Celestron Acquisition, LLC, for Court Reporter Irene Rodriguez. (Izadi, Shauna) (Filed on 6/28/2025) (Entered: 06/28/2025) |
| 07/05/2025 | 428 | AMENDED NOTICE OF APPEAL by Mike Sussman as to 420 Judgment, 419 Order on Motion for Attorney Fees,, Order on Motion for Settlement, 426 Order on Stipulation . Appeal Record due by 8/4/2025. (Sussman, Mike) (Filed on 7/5/2025) (Entered: 07/05/2025) |
| 07/14/2025 | 429 | MOTION for Appeal Bond; Memorandum of Points and Authorities in Support filed by Indirect Purchaser Plaintiffs. Motion Hearing set for 8/14/2025 09:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Responses due by 7/28/2025. Replies due by 8/4/2025. (Attachments: # 1 **(document removed per order 439 )**, # 2 Declaration of Angelique Dizon, # 3 Declaration of Ryan Hallman (Publicaly Redacted Version), # 4 Declaration of Brian Hedley, # 5 **(document removed per order 439 )**, # 6 Declaration of Reasonable Diligence from A&A Legal Service, Inc. to Mike Sussman, # 7 Declaration of Reasonable Diligence from A&A Legal Service, Inc. to Pat Zhen, # 8 Proposed Order) (Zapala, Adam) (Filed on 7/14/2025) Modified on 7/21/2025 (gba, COURT STAFF). Modified on 7/28/2025 (kab, COURT STAFF). (Entered: 07/14/2025) |
| 07/14/2025 | 430 | Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Declaration of Adam J. Zapala, # 2 Exhibit 1, # 3 Proposed Order, # 4 Certificate of Service)(Zapala, Adam) (Filed on 7/14/2025) (Entered: 07/14/2025) |
| 07/18/2025 | 431 | Declaration of Ryan Hallman in Support of 430 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed *Declaration of Non−Party Ryan Hallman in Support of Continued Sealing Pursuant to Civil L.R. 79−5(f)* filed byIndirect Purchaser Plaintiffs. (Related document(s) 430 ) (Zapala, Adam) (Filed on 7/18/2025) (Entered: 07/18/2025) |
| 07/21/2025 | 432 | MOTION for Protective Order *Pursuant to Fed. R. Civ. Proc. 5−2(e) (emergency)* filed by Pat Zheng Zhen. Responses due by 8/4/2025. Replies due by 8/11/2025. (Attachments: # 1 Exhibit (Protective Order Motion filed with Ninth Circuit as to Unlawful Subpoenas))(Zhen, Pat) (Filed on 7/21/2025) Modified on 7/21/2025 (ecg, COURT STAFF). (Entered: 07/21/2025) |
| 07/21/2025 | | Electronic filing error. Please submit a proposed order for this pending motion pursuant to Civil Local Rule 5−1(f) Proposed Orders Re: 432 MOTION for Protective Order *Pursuant to Fed. R. Civ. Proc. 5−2(e) (emergency)* filed by Pat Z Zhen (ecg, COURT STAFF) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 433 | MOTION to Remove Incorrectly Filed Document filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Proposed Order)(Zapala, Adam) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 434 | OPPOSITION/RESPONSE (re 430 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ) filed byPat Z Zhen. (Attachments: # 1 Exhibit Press Release from Angeion Group Announcing AngeionAffirm 2.0, # 2 Exhibit Angeion Group Website Text about Fraud Controls in Class Actiions)(Zhen, Pat) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 435 | Proposed Order re Electronic Filing Error, 432 MOTION for Protective Order *Pursuant to Fed. R. Civ. Proc. 5−2(e) (emergency)* by Pat Z Zhen. (Zhen, Pat) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 436 | Declaration of Adam J. Zapala in Support of 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond CORRECTION OF DOCKET # [429−1]* filed byIndirect Purchaser Plaintiffs. (Related document(s) 429 ) (Zapala, |

| | | |
|---|---|---|
| | | Adam) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/21/2025 | 437 | Declaration of Nirav Engineer in Support of 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond CORRECTION OF DOCKET # [429−5]* filed byIndirect Purchaser Plaintiffs. (Related document(s) 429 ) (Zapala, Adam) (Filed on 7/21/2025) (Entered: 07/21/2025) |
| 07/24/2025 | 438 | OPPOSITION/RESPONSE (re 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond* ) filed byPat Z Zhen. (Attachments: # 1 Exhibit 1. Email from Thomas Boardman demanding video call and identification documents, # 2 Exhibit 2. Zhen response suggesting 9th Cir. mediation program, # 3 Exhibit 3. Boardman email outlining all the things Class Counsel intend to do to objectors, # 4 Exhibit 4. Zhen email offering $250 appeal bond and advising if leave is granted for discovery, objections will occur, # 5 Exhibit 5. Boardman email to Zhen requesting a call, # 6 Exhibit 6. Facially Invalid Subpoena for documents and deposition in Puerto Rico, # 7 Exhibit 7. Email from Christian Ruana threatening to advise court of invalid contact informaion based on addresses never provided to Class Counsel but lifted from consumer reports, # 8 Exhibit 8. Facially Invalid Subpoena for document production and deposition in Boston Massachusetts)(Zhen, Pat) (Filed on 7/24/2025) (Entered: 07/24/2025) |
| 07/25/2025 | 439 | **ORDER GRANTING 433 MOTION TO REMOVE INCORRECTLY FILED DOCUMENTS. Signed by Judge Edward J. Davila on 7/25/2025. (ejdlc3, COURT STAFF) (Filed on 7/25/2025) (Entered: 07/25/2025)** |
| 07/27/2025 | 440 | OPPOSITION/RESPONSE (re 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond*, 430 Administrative Motion to Consider Whether Another Party's Material Should Be Sealed ) filed byMike Sussman. (Attachments: # 1 Exhibit Subpoena My Attorneys Issued to Me for Appeal Communications and Attorney Discussions in Other Cases)(Sussman, Mike) (Filed on 7/27/2025) (Entered: 07/27/2025) |
| 07/27/2025 | 441 | OBJECTION (re 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond) filed by Karla Luna. (Attachments: # 1 Exhibit 1 subpoena, # 2 Exhibit 2 objections to subpoena, # 3 Exhibit 3 certificate, # 4 Exhibit 4 −− officer list)(Luna, Karla) (Filed on 7/27/2025) M (Entered: 07/27/2025)* |
| 07/28/2025 | 442 | OPPOSITION (re 429 MOTION for Bond *Indirect Purchaser Plaintiffs' Notice of Motion; Motion; and Memorandum of Points and Authorities in Support of Motion for Appeal Bond) and Objection to Investigative Consumer Report Disclosures> filed by Elman Barnes. (Barnes, Elman) (Filed on 7/28/2025) (Entered: 07/28/2025)* |
| 08/04/2025 | 443 | REPLY (re 429 MOTION for Appeal Bond (Indirect Purchaser) ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Declaration of Elizabeth T. Castillo, # 2 Certificate of Service)(Castillo, Elizabeth) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/04/2025 | 444 | OPPOSITION/RESPONSE (re 432 MOTION for Protective Order *Pursuant to Fed. R. Civ. Proc. 5−2(e) (emergency)* ) filed byIndirect Purchaser Plaintiffs. (Attachments: # 1 Declaration of Christian S. Ruano, # 2 Certificate of Service)(Zapala, Adam) (Filed on 8/4/2025) (Entered: 08/04/2025) |
| 08/05/2025 | 445 | CERTIFICATE OF SERVICE by Indirect Purchaser Plaintiffs re 444 Opposition/Response to Motion, 443 Reply to Opposition/Response (Zapala, Adam) (Filed on 8/5/2025) (Entered: 08/05/2025) |
| 08/05/2025 | 446 | NOTICE of Change in Counsel: Attorney Ellis Herington and Ronald Fisher no longer representing Direct Purchaser Plaintiffs in this case (Borden, Matthew) (Filed on 8/5/2025) (Entered: 08/05/2025) |
| 08/07/2025 | 447 | NOTICE of Withdrawal filed by Charanjit Singh, no longer appearing on behalf of Joseph Lupica, Dave Anderson, Celestron Acquisition, LLC, Synta Technology Corp. of Taiwan, Suzhou Synta Optical Technology Co. Ltd., Pacific Telescope Corp., David Shen, Synta Canada Int'l Enterprises Ltd., Nantong Schmidt Opto Electrical |

| | | Technology Co., Ltd., SW Technology Corporation, Olivon Manufacturing Co., Ltd. in this case (Singh, Charanjit) (Filed on 8/7/2025) (Entered: 08/07/2025) |
|---|---|---|
| 08/07/2025 | 448 | REPLY (re 432 MOTION for Protective Order *Pursuant to Fed. R. Civ. Proc. 5−2(e) (emergency)* ) filed byPat Z Zhen. (Zhen, Pat) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/07/2025 | 449 | **CLERK'S NOTICE CONVERTING HEARING TO ZOOM HEARING.**<br><br>The Court has reset the hearing on the Motion for Appeal Bond (ECF No. 429 ) to be heard via Zoom videoconference on 8/14/2025 at 9:00 AM.<br><br>**Court Appearances:** Advanced notice is required of any counsel or party who wish−es to appear remotely and be identified by the court as making an appearance at the hearing. A list of names and emails, *and indicating main speaker and party represented*, must be sent to the Courtroom Deputy no later than 12:00 PM on 8/11/2025.<br><br>A link to the zoom conference can be found at the Judge's web page at https://www.cand.uscourts.gov/judges/davila−edward−j−ejd/. Only Counsel who have emailed the Courtroom Deputy indicating their desire to appear remotely will be admitted into the Zoom meeting.<br><br>Members of the public and the media may view the proceedings in−person, in San Jose, Courtroom 4, 5th Floor.<br><br>**General Order 58.** Persons granted access to court proceedings held by telephone or videoconference are reminded that photographing, recording, and rebroadcasting of court proceedings, including screenshots or other visual copying of a hearing, is absolutely prohibited.<br><br>**Zoom Guidance and Setup:** https://www.cand.uscourts.gov/zoom/.<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)*(crr, COURT STAFF) (Filed on 8/7/2025) (Entered: 08/07/2025) |
| 08/11/2025 | 450 | NOTICE of Appearance filed by Christian Santiago Ruano on behalf of Indirect Purchaser Plaintiffs (Ruano, Christian) (Filed on 8/11/2025) (Entered: 08/11/2025) |
| 08/14/2025 | 451 | **Minute Entry for proceedings held before Judge Edward J. Davila: Motion Hearing held on 8/14/2025 re 429 Motion for Appeal Bond (Indirect Purchaser). IPP may file a written response of 8 pgs or less to Objector Pat Zhen's comments by 8/21/2025. Objector Zhen may Reply to Plaintiff's Response by 8/24/2025.**<br><br>**Total Time in Court: 45 min (9:06−9:51 AM).**<br>**Court Reporter: Irene Rodriguez.**<br><br>**Plaintiff Attorney: Elizabeth Castillo, Lin Chan, Christian Ruano.**<br>**Defendant Attorney: No Appearance.**<br>**Objector: Pat Zhen (Pro Se).**<br>**No other Objectors present at today's hearing.**<br><br>*(This is a text−only entry generated by the court. There is no document associated with this entry.)* **(crr, COURT STAFF) (Date Filed: 8/14/2025) (Entered: 08/14/2025)** |
| 08/18/2025 | 452 | TRANSCRIPT ORDER for proceedings held on 8/14/2025 before Judge Edward J. Davila by Indirect Purchaser Plaintiffs, for Court Reporter Irene Rodriguez. (Zapala, Adam) (Filed on 8/18/2025) (Entered: 08/18/2025) |
| 08/21/2025 | 453 | Transcript of Proceedings held on 08/14/2025, before Judge Davila. Court Reporter Irene L. Rodriguez, email address Irene_Rodriguez@cand.uscourts.gov. Per General Order No. 59 and Judicial Conference policy, this transcript may be viewed only at the Clerk's Office public terminal or may be purchased through the Court Reporter until the deadline for the Release of Transcript Restriction. After that date it may be obtained through PACER. Any Notice of Intent to Request Redaction, if required, is |

**6-ER-1115**

| | | |
|---|---|---|
| | | due no later than 5 business days from date of this filing. Release of Transcript Restriction set for 11/19/2025. (Rodriguez, Irene) (Filed on 8/21/2025) (Entered: 08/21/2025) |
| 08/21/2025 | 454 | Supplemental Brief re 451 Motion Hearing,,,, Set Deadlines/Hearings,,, 429 MOTION for Appeal Bond (Indirect Purchaser) *Indirect Purchaser Plaintiffs' Supplemental Submission in Support of Motion for Appeal Bond* filed byIndirect Purchaser Plaintiffs. (Related document(s) 451 , 429 ) (Zapala, Adam) (Filed on 8/21/2025) (Entered: 08/21/2025) |
| 08/22/2025 | 455 | TRANSCRIPT ORDER for proceedings held on 8/14/2025 before Judge Edward J. Davila for Court Reporter Irene Rodriguez. (sp, COURT STAFF) (Filed on 8/22/2025) (Entered: 08/22/2025) |
| 08/24/2025 | 456 | REPLY (re 429 MOTION for Appeal Bond (Indirect Purchaser) ) *to Supplemental Brief* filed byPat Z Zhen. (Attachments: # 1 Exhibit Ex. 1 — This Court's Opinion in In re Apple Inc. Privacy)(Zhen, Pat) (Filed on 8/24/2025) (Entered: 08/24/2025) |
| 08/28/2025 | 457 | **Erroneous entry, filed in a wrong case**<br><br>STATUS REPORT *(Joint) re Settlement Efforts* by Direct Purchaser Plaintiffs. (Borden, Matthew) (Filed on 8/28/2025) Modified on 8/28/2025 (gba, COURT STAFF). (Entered: 08/28/2025) |
| 10/13/2025 | 458 | NOTICE Regarding Indirect Purchaser Plaintiffs' Motion for Appeal Bond by Indirect Purchaser Plaintiffs re 429 MOTION for Appeal Bond (Indirect Purchaser) (Attachments: # 1 Declaration of Alexandra Delavan, # 2 Exhibit A, # 3 Exhibit B) (Zapala, Adam) (Filed on 10/13/2025) (Entered: 10/13/2025) |
| 10/14/2025 | 459 | DECLARATION of Michael Sussman in Opposition to 458 Notice (Other), filed byMike Sussman. (Related document(s) 458 ) (Sussman, Mike) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 460 | Response re 458 Notice (Other), by Karla Luna. (Luna, Karla) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/14/2025 | 461 | Response re 458 Notice (Other), by Elman Barnes. (Barnes, Elman) (Filed on 10/14/2025) (Entered: 10/14/2025) |
| 10/16/2025 | 462 | Response re 458 Notice (Other), by Pat Z Zhen. (Zhen, Pat) (Filed on 10/16/2025) (Entered: 10/16/2025) |
| 11/20/2025 | 463 | **ORDER GRANTING IN PART 429 MOTION FOR APPEAL BOND; DENYING 432 MOTION FOR PROTECTIVE ORDER.**<br><br>The Court imposes a bond in the amount of $300 jointly and severally on Objectors. Within 14 days of entry of this Order, Objectors shall either: (1) file with the Court and serve on Appellees proof of satisfaction of the bond requirement, or (2) file a notice of dismissal of their appeal.<br><br>Signed by Judge Edward J. Davila on 11/20/2025. (ejdlc3, COURT STAFF) (Filed on 11/20/2025) (Entered: 11/20/2025) |
| 11/21/2025 | 464 | Receipt in the amount of $300.00 received from Suenami Classy Action A Utah Corp. via Pay.Gov Transaction ID #27T8ATEV on 11/21/2025. (pals, COURT STAFF) (Filed on 11/21/2025) (Entered: 11/21/2025) |
| 12/29/2025 | 465 | Discovery Letter Brief filed by Indirect Purchaser Plaintiffs. (Attachments: # 1 Exhibit A − Subpoena and Document Requests to Pat Zhen, # 2 Exhibit B − Subpoena and Document Requests to Mike Sussman, # 3 Exhibit C − Subpoena and Document Requests to Elman Barnes, # 4 Exhibit D − Subpoena and Document Requests to National Woodlands Preservation, Inc.)(Zapala, Adam) (Filed on 12/29/2025) (Entered: 12/29/2025) |
| 12/30/2025 | 466 | **ORDER Directing Objectors to Respond to 465 Indirect Purchaser Plaintiffs' Unilateral Discovery Dispute Letter. Signed by Magistrate Judge Virginia K. DeMarchi on 12/30/2025. (vkdlc1, COURT STAFF) (Filed on 12/30/2025) (Entered: 12/30/2025)** |

**6-ER-1116**

| | | |
|---|---|---|
| 01/01/2026 | 467 | ADMINISTRATIVE MOTION Extend Response Deadline to January 26 2026 and allow 6000 words re 465 Discovery Letter Brief, 466 Order filed by Pat Z Zhen. Responses due by 1/7/2026. (Attachments: # 1 Exhibit Order of Ninth Circuit Setting January 16 2026 briefing deadline, # 2 Exhibit Motion that Resulted in the Ninth Circuit Extension, # 3 Exhibit Email from Class Counsel Sent December 29 demanding a brief by noon the same day, # 4 Exhibit Ninth Circuit Order Denying Sanctions but Not Addressing Protective Order Request or Determining Validity of Non−Rule 27(b) Subpoenas Issued Without Judicial Authorization)(Zhen, Pat) (Filed on 1/1/2026) (Entered: 01/01/2026) |
| 01/02/2026 | 468 | **ORDER Denying 467 Administrative Motion Without Prejudice. Signed by Magistrate Judge Virginia K. DeMarchi on 1/2/2026. (vkdlc1, COURT STAFF) (Filed on 1/2/2026) (Entered: 01/02/2026)** |
| 01/02/2026 | 469 | ADMINISTRATIVE MOTION Extend Briefing Deadline and Allow 6000 words re 468 Order on Administrative Motion per Civil Local Rule 7−11, 465 Discovery Letter Brief, 466 Order filed by Pat Z Zhen. Responses due by 1/7/2026. (Attachments: # 1 Declaration Declaration of Pat Zhen as to Attempt to Obtain Consent, # 2 Exhibit Order of Ninth Circuit Setting Briefing Deadline, # 3 Exhibit Motion to Ninth Circuit as to Reasons Briefing Schedule Needed to be Extended, # 4 Exhibit Email from Class Counsel Decemeber 29 2025, # 5 Exhibit Order from Ninth Circuit Denying Sanctions but not ruling on protective order or discovery issues)(Zhen, Pat) (Filed on 1/2/2026) (Entered: 01/02/2026) |
| 01/02/2026 | 470 | Consent Administrative Motion to Extend time to respond until January 26 2026 re 466 Order, 465 Discovery Letter Brief filed by Mike Sussman. Responses due by 1/6/2026. (Sussman, Mike) (Filed on 1/2/2026) (Entered: 01/02/2026) |
| 01/05/2026 | 471 | **ORDER re 469 470 Mr. Zhen's and Mr. Sussman's Administrative Motions. Signed by Magistrate Judge Virginia K. DeMarchi on 1/5/2026. (vkdlc1, COURT STAFF) (Filed on 1/5/2026) (Entered: 01/05/2026)** |
| 01/06/2026 | 472 | OPPOSITION/RESPONSE (re 469 Administrative Motion Extend Briefing Deadline and Allow 6000 words re 468 Order on Administrative Motion per Civil Local Rule 7−11, 465 Discovery Letter Brief, 466 Order ) Indirect Purchaser Plaintiffs' Response to Objector Pat Zhen's Administrative Motion filed by Indirect Purchaser Plaintiffs. (Zapala, Adam) (Filed on 1/6/2026) (Entered: 01/06/2026) |
| 01/06/2026 | 473 | **ORDER Extending Deadline and Enlarging Word Limit for Responses to IPPs' Discovery Letter. Signed by Magistrate Judge Virginia K. DeMarchi on 1/6/2026. (vkdlc1, COURT STAFF) (Filed on 1/6/2026) (Entered: 01/06/2026)** |
| 01/12/2026 | 474 | NOTICE by Indirect Purchaser Plaintiffs re 419 Order on Motion for Attorney Fees,, Order on Motion for Settlement, *Notice Regarding Post−Distribution Accounting* (Zapala, Adam) (Filed on 1/12/2026) (Entered: 01/12/2026) |
| 01/15/2026 | 475 | SUGGESTION OF DEATH Upon the Record as to John Goerger by Indirect Purchaser Plaintiffs. (Chan, Lin) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/15/2026 | 476 | CLERK'S NOTICE CONTINUING HEARING. Compliance Deadline Hearing set for 1/22/2026 is CONTINUED to 7/23/2026 at 9:00 AM in San Jose, Courtroom 4, 5th Floor before Judge Edward J. Davila. Updated Post−Distribution Accounting due by 7/10/2026. *(This is a text−only entry generated by the court. There is no document associated with this entry.)* (crr, COURT STAFF) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/15/2026 | | Set Hearings: Compliance Deadline Hearing set for 7/23/2026 09:00 AM in San Jose, Courtroom 4, 5th Floor. (crr, COURT STAFF) (Filed on 1/15/2026) (Entered: 01/15/2026) |
| 01/26/2026 | 477 | OPPOSITION/RESPONSE (re 465 Discovery Letter Brief ) filed byPat Z Zhen. (Attachments: # 1 Exhibit Order of Appeals Court, # 2 Email from Class Counsel)(Zhen, Pat) (Filed on 1/26/2026) (Entered: 01/26/2026) |
| 01/26/2026 | 478 | OPPOSITION/RESPONSE (re 465 Discovery Letter Brief ) filed byMike Sussman. (Sussman, Mike) (Filed on 1/26/2026) (Entered: 01/26/2026) |

**6-ER-1117**

| 01/26/2026 | 479 | OPPOSITION/RESPONSE (re 465 Discovery Letter Brief ) filed byKarla Luna. (Attachments: # 1 Exhibit Email to Class Counsel July 16 2025, # 2 Exhibit Objection service July 16 2025)(Luna, Karla) (Filed on 1/26/2026) (Entered: 01/26/2026) |
| 01/26/2026 | 480 | OPPOSITION/RESPONSE (re 465 Discovery Letter Brief ) filed byElman Barnes. (Barnes, Elman) (Filed on 1/26/2026) (Entered: 01/26/2026) |
| 03/06/2026 | 481 | **ORDER re 465 Discovery Dispute re Plaintiffs' Discovery From Objectors. Signed by Magistrate Judge Virginia K. DeMarchi on 3/6/2026.(vkdlc1, COURT STAFF) (Filed on 3/6/2026) (Entered: 03/06/2026)** |

**6-ER-1118**